UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MASAI UJIRI, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-00981-JCS<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Re: Dkt. No. 6 |

The Clerk of this Court will now reassign this case to a United States District Judge because:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[ ] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for **May 8, 2020 at 2:00 p.m.,** before Chief Magistrate Judge Spero is **VACATED**. A NEW HEARING WILL BE SET BY THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: February 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO