MARK R. CONRAD (CA Bar No. 255667)
COURTNEY C. AASEN (CA Bar No. 307404)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: caasen@conradmetlitzky.com

Attorneys for Defendant National Basketball Association

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 4:20-CV-00981-YGR<br><br>**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

1  WHEREAS, Plaintiffs in the above-captioned matter filed a Complaint with this Court on February 7, 2020;

2  WHEREAS, Plaintiffs served a Summons on Defendants Masai Ujiri, the Toronto Raptors, and Maple Leaf Sports & Entertainment on February 26, 2020;

3  WHEREAS, Defendants Masai Ujiri, the Toronto Raptors, and Maple Leaf Sports & Entertainment's deadline to respond to the Complaint is March 18, 2020;

4  WHEREAS, Plaintiffs served a Summons on Defendant National Basketball Association, erroneously sued as National Baksetball Association, Inc., on February 27, 2020;

5  WHEREAS, the National Baksetball Association's deadline to respond to the Complaint is March 19, 2020;

6  WHEREAS, the parties agree to stipulate to an extension of all Defendants' deadline to respond to the Complaint until and including April 2, 2020;

7  WHEREAS, the stipulation to extend Defendants' deadline to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

8  NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties that, pursuant to Civil L.R. 6-1(a), Defendants' deadline to respond to the Complaint is extended until April 2, 2020.

Date:   March 17, 2020                     CONRAD & METLITZKY LLP

                                           */s/ Mark R. Conrad*
                                           MARK R. CONRAD
                                           COURTNEY C. AASEN
                                           Attorneys for Defendant National Basketball Association

Date:   March 17, 2019                     MASTAGNI HOLSTEDT, A.P.C.

                                           */s/ Brett D. Beyler*
                                           DAVID P. MASTAGNI
                                           GRANT A. WINTER
                                           BRETT D. BEYLER
                                           Attorneys for Plaintiffs

- 1 -

| | | |
|---|---|---|
| 1 | Date:   March 17, 2019 | COTCHETT PITRE & MCCARTHY LLP |
| 2 | | |
| 3 | | */s/ Emanuel B. Townsend*                              |
| | | JOSEPH COTCHETT |
| 4 | | EMANUEL B. TOWNSEND |
| | | TAMARAH PREVOST |
| 5 | | Attorneys for Defendants Masai Ujiri, the Toronto |
| 6 | | Raptors, and Maple Leaf Sports & Entertainment |

## **ATTESTATION**

I, Mark R. Conrad, am the ECF user whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

> */s/ Mark R. Conrad*
> MARK R. CONRAD
> Counsel for Defendant National Basketball Association