1  DAVID P. MASTAGNI (SBN 57721)
   GRANT A. WINTER (SBN 266329)
2  BRETT D. BEYLER (SBN 319415)
   **MASTAGNI HOLSTEDT, A.P.C.**
3  1912 I Street,
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614
   Email: bbeyler@mastagni.com
6  Attorneys for Plaintiffs, ALAN STRICKLAND
7  and KELLY STRICKLAND

8  **COTCHETT, PITRE & McCARTHY, LLP**
   Joseph W. Cotchett (SBN 36324)
9  Emanuel B. Townsend (SBN 305373)
10 Tamarah Prevost (313422)
   840 Malcolm Road, Suite 200
11 Burlingame, CA 94010
   Telephone: (650) 697-6000
12 Facsimile: (650) 697-0577
13 Email: jcotchett@cpmlegal.com; etownsend@cpmlegal.com; tprevost@cpmlegal.com
   Attorneys for Defendants, MASAI UJIRI, TORONTO RAPTORS,
14 and MAPLE LEAF SPORTS & ENTERTAINMENT

15 *Additional counsel listed on next page*

16                    **UNITED STATES DISTRICT COURT**

17                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual, | Case No.: 4:20-CV-00981-YGR |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Mark R. Conrad (SBN 255667)
Courtney C. Aasen (SBN 307404)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mconrad@conradmetlitzky.com; caasen@conradmetlitzky.com.

Attorneys for Defendant,
NATIONAL BASKETBALL ASSOCIATION

# JOINT STATUS REPORT

Pursuant to the Court's Order at the Case Management Conference on May 11, 2020, the parties have met and conferred and agreed to an early mediation on August 11, 2020 with Judge Vaughn Walker.

Dated: May 21, 2020                                             Respectfully submitted,

**MASTAGNI HOLSTEDT, A.P.C.**
By:   /s/ BRETT D. BEYLER
        David P. Mastagni
        Grant A. Winter
        Brett D. Beyler

        Attorneys for Plaintiffs

**CONRAD & METLITZKY, LLP**
By:   /s/ COURTNEY C. AASEN
        Mark R. Conrad
        Courtney C. Aasen
        Attorneys for Defendant National Basketball Association

**COTCHETT, PITRE & McCARTHY, LLP**
By:   /s/ TAMARAH PREVOST
        Joseph W. Cotchett
        Emanuel B. Townsend
        Tamarah Prevost
        Attorneys for Defendants Masai Ujiri, Toronto Raptors, and Maple Leaf Sports & Entertainment