DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
BRETT D. BEYLER (SBN 319415)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: bbeyler@mastagni.com

Attorneys for Plaintiffs
ALAN STRICKLAND and KELLY STRICKLAND

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual,<br><br>             Plaintiffs,<br><br>v.<br><br>MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.: 4:20-CV-00981-YGR<br><br>**DECLARATION OF BRETT D. BEYLER FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND COUNTERCLAIM** |

DECLARATION OF BRETT D. BEYLER FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND COUNTERCLAIM

**DECLARATION OF BRETT D. BEYLER**

I, BRETT D. BEYLER, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court. I am an associate attorney with the law firm of Mastagni Holstedt, A.P.C. and Counsel for Plaintiffs in this action. The matters described herein are based upon my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     I make this Declaration in Support of Plaintiffs' Opposition to Defendants' Motion for Leave to File an Amended Joint Answer and Counterclaim.

3.     Any redaction to these documents that I made were to preserve privacy of third-parties. All of these documents have been either produced by Plaintiffs or served on Plaintiffs by defendants in this action.  I redacted email addresses and phone numbers from documents that were produced by the NBA.  I do not believe that these redactions were necessarily warranted under any particular body of law, or that the documents were entitled to privileges or privacy protections, but the NBA had expressed an interest in redacting those items, so I complied as a courtesy.  I do not waive the right to file the same material in an unredacted format in the future.

4.     Attached as **Exhibit 1** is a true and correct copy of an Alameda County Sheriff's Office Incident / Criminal Report regarding the subject matter of this litigation.

5.     Attached as **Exhibit 2** is a true and correct copy of an Oakland Police Department Crime Report regarding the subject matter of this litigation.

6.     Attached as **Exhibit 3** is a true and correct copy of emails from NBA officials to Raptors officials regarding the NBA Finals Trophy Presentation. For purposes of third-party privacy, I have redacted the email addresses and phone numbers in these attached emails.

7.     Attached as **Exhibit 4** is a true and correct copy of emails from an NBA official to Raptors officials regarding the NBA Finals Trophy Presentation. For purposes of third-party privacy, I have redacted the email addresses and phone numbers in these attached emails.

8.     Attached as **Exhibit 5** is a true and correct copy of emails from an NBA official to Raptors officials regarding the NBA Finals Trophy Presentation. For purposes of third-party

privacy, I have redacted the email addresses and phone numbers in these attached emails.

9.      Attached as **Exhibit 6** is a true and correct copy of Defendant Masai Ujiri, Toronto Raptors, and Maple Leaf Sports & Entertainment's Joint Rule 26 Initial Disclosure (excerpt).

10.     Attached as **Exhibit 7** is a true and correct copy of two emails from Defendants' legal counsel, Emanuel Townsend, sent on May 13, 2020.

11.     Attached as **Exhibit 8** is a true and correct copy of images I pulled from Oracle Arena Security Camera Footage for the East Camera angle for purposes of this Opposition. The actual security footage that this frame was derived has been manually filed in accordance with local rules as Exhibit 10. I have Manually Filed and served the appropriate Manual Filing Notification in accordance with local rules. This footage was also upon opposing counsel over a month ago.

12.     Attached as **Exhibit 9** is a true and correct copy of still frame images I pulled from Alan Strickland's Body Camera Footage for purposes of this Opposition.

13.     Attached as **Exhibit 10** is a true and correct copy of video footage from the date of the incident. The actual security footage has been manually filed in accordance with local rules. I have Manually Filed and served the appropriate Manual Filing Notification in accordance with the Local Rules, including Local Rule 5-1.  This footage was also served upon opposing counsel over a month ago but will be served again by email service on September 1, 2020.

14.     Attached as **Exhibit 11** is a true and correct copy of the NBA's responses to Plaintiffs' Interrogatories, Set One, Nos. 4-6.

15.     Attached as **Exhibit 12** is a true and correct copy of Masai Ujiri's response to Plaintiffs' Request for Admission, Set One, Nos. 1-5, 32.

16.     Attached as **Exhibit 13** is a true and correct copy of Masai Ujiri's response to Plaintiffs' Interrogatory Nos. 14-15.

17.     On June 22, 2020, Defendants Masai Ujiri, Toronto Raptors, and Maple Leaf Sports & Entertainment served responses to Plaintiffs' written discovery.

18.     On July 16, 2020, Defendant Masai Ujiri, Toronto Raptors, and Maple Leaf Sports & Entertainment produced documents and videos responsive to Plaintiffs' written discovery

DECLARATION OF BRETT D. BEYLER FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND COUNTERCLAIM

1    requests including videos of the incident, one of which was produced to the Court on May 13, 2020.

2       I declare under penalty of perjury under the laws of the United States of America that the

3    foregoing is true and correct. Executed this September 1, 2020 in Sacramento, California.

4                                   By: /s/ BRETT D. BEYLER

5                                        BRETT D. BEYLER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRETT D. BEYLER FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND COUNTERCLAIM

# EXHIBIT 1



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office

**Agency:** PORT          **ORI:** CA00100000          **Case Number:** 19-010071

## Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 06/13/2019 23:04 | 06/13/2019 23:04 | 06/13/2019 23:04 | (202852) STRICKLAND, ALAN F |

| Incident Location | | Supervising Officer | |
|---|---|---|---|
| 7000 COLISEUM WY, OAKLAND, CA 94621 | | (201603) MCGRAIL, JAMES V | |
| | | Domestic Violence ☐ | |

## Charges

| | Charge Type | Description | Statute | UCR | |
|---|---|---|---|---|---|
| **1** | City | BATTERY ON PEACE OFFICER/EMERGENCY PERSONNEL/ETC | 243 (B) PC | 13B | ☐ Att ☒ Com |

| Alcohol, Drugs or Computers Used | Premise Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol   ☐ Drugs   ☐ Computers | OTHER/UNKNOWN | | ☐ Yes ☒ No | 1. Personal Weapons (hands, |
| Entry | Exit | Criminal Activity | | 2. |
| | | | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Victims

| Seq. # | Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|---|
| **1** | DEPUTY SHERIFF | Other Major Injury | Unknown | Unknown |

| Name(Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| STRICKLAND, A. #1812 | U | M | | 00 |

| Address | Home Phone |
|---|---|
| CONFIDENTIAL-ACSO | |

| Employer Name/Address | Business Phone |
|---|---|
| A.C.S.O.          / 1401 LAKESIDE DR, 12TH FLOOR, OAKLAND, CA 94612 | |

| Victim of Crimes | SSN# |
|---|---|
| 1 | |

STRICKLAND - 000178



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office

**Agency:** PORT          **ORI:** CA00100000          **Case Number:** 19-010071

## Suspects

| Seq. # | Type | Name(Last, First, M) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | PERSON | UJIRI, MASAI | | | | | | |

| AKA | | Race | Sex | DOB | Age | Height | Weight |
|---|---|---|---|---|---|---|---|
| | | B | M | | 00 | | |

| Address | SSN # | Home Phone |
|---|---|---|
| ON FILE RAPTORS ORGANIZATION | | |

| Employer Name/Address | Business Phone |
|---|---|
| RAPTORS ORGANIZATION          / | |

**Scars, Marks, Tatoos or other distinguishing features**

**Physical Characteristics**

Suspect Details

## Other Persons Involved

| Name Code Involved Party | Seq. # 1 | Name (Last, First, M) LISKEY, P. #1620 | Race W | Sex M | DOB |
|---|---|---|---|---|---|
| **Address** CONFIDENTIAL-ACSO | | **SSN #** | | **Home Phone** | |
| **Employer Name/Address** A.C.S.O.          / 1401 LAKESIDE DRIVE,12TH FLOOR,OAKLAND,CA 94612 | | | | **Business Phone** | |

| Name Code Involved Party | Seq. # 2 | Name (Last, First, M) NORTON, M. #956 | Race W | Sex M | DOB |
|---|---|---|---|---|---|
| **Address** CONFIDENTIAL-ACSO | | **SSN #** | | **Home Phone** | |
| **Employer Name/Address** A.C.S.O.          / 1401 LAKESIDE DR, 12TH FLOOR, OAKLAND, CA 94612 | | | | **Business Phone** (510) 667-7721 | |

| Name Code Involved Party | Seq. # 3 | Name (Last, First, M) MELENDEZ, IRVIN | Race H | Sex M | DOB |
|---|---|---|---|---|---|
| **Address** ON FILE ANSCHUTZ ENTERTAINMENT GROUP (AEG) | | **SSN #** | | **Home Phone** | |
| **Employer Name/Address** ANSCHUTZ ENTERTAINMENT GROUP  / 7000 COLISEUM WAY, OAKLAND, CA, 94612 | | | | **Business Phone** | |

| Name Code Involved Party | Seq. # 4 | Name (Last, First, M) GRIGGS, CAROLYN | Race W | Sex F | DOB |
|---|---|---|---|---|---|
| **Address** ON FILE ANSCHUTZ ENTERTAINMENT GROUP (AEG) | | **SSN #** | | **Home Phone** | |
| **Employer Name/Address** ANSCHUTZ ENTERTAINMENT GROUP  / 7000 COLISEUM WAY, OAKLAND, CA, 94612 | | | | **Business Phone** | |

STRICKLAND - 000179



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office
Agency: PORT          ORI: CA00100000          Case Number: 19-010071

## Other Persons Involved

| Name Code Involved Party | Seq. # 6 | Name (Last, First, M) LIVENSPARGAR, G. #1484 | | | Race W | Sex F | DOB |
|---|---|---|---|---|---|---|---|
| Address CONFIDENTIAL-ACSO | | | SSN # | | | Home Phone | |
| Employer Name/Address A.C.S.O.        / 1401 LAKESIDE DRIVE,12TH FLOOR,OAKLAND,CA 94612 | | | | | | Business Phone (510) 667-3600 | |

| Name Code Involved Party | Seq. # 7 | Name (Last, First, M) TIKKANEN, C. | | | Race U | Sex F | DOB |
|---|---|---|---|---|---|---|---|
| Address ON FILE OAKLAND POLICE DEPARTMENT | | | SSN # | | | Home Phone | |
| Employer Name/Address OAKLAND POLICE DEPARTMENT      / 457 7TH ST. OAKLAND, CA, 94607 | | | | | | Business Phone (510) 238-3455 | |

| Name Code Involved Party | Seq. # 8 | Name (Last, First, M) EDEN MEDICAL CENTER | | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| Address 20103 LAKE CHABOT RD, CASTRO_VALLEY, CA 94546 | | | SSN # | | | Home Phone | |
| Employer Name/Address        / | | | | | | Business Phone (510) 727-2917 | |

| Name Code Involved Party | Seq. # 9 | Name (Last, First, M) WANG, YANG | | | Race A | Sex M | DOB |
|---|---|---|---|---|---|---|---|
| Address ON FILE EDEN MEDICAL CENTER | | | SSN # | | | Home Phone | |
| Employer Name/Address EDEN MEDICAL CENTER        / 20103 LAKE CHABOT ROAD, CASTRO VALLEY, CA, 94546 | | | | | | Business Phone (510) 537-1234 | |

| Name Code Involved Party | Seq. # 10 | Name (Last, First, M) COGLIO, R #8630 | | | Race W | Sex M | DOB |
|---|---|---|---|---|---|---|---|
| Address ON FILE - OPD | | | SSN # | | | Home Phone | |
| Employer Name/Address OAKLAND PD        / OAKLAND, CA | | | | | | Business Phone (510) 238-3211 | |

## Property

| Seq. # 1 | Description 5 PHOTOS OF BRUISING OF CHIN | | Serial Number | Make/Model VERBATIM / DVD R |
|---|---|---|---|---|
| Owner ACSO ETS PROPERTY | | | License / State | Color |
| Status EVIDENCE | Status Officer (202852) STRICKLAND, ALAN F | | Quantity 1.00 | Units of Measure | Value |
| Gun Type | Caliber | Finish | Grip | Gun Stock |
| Condition | Gun Test ☐ Yes ☑ No     Test Type | | Sight Test ☐ Yes ☑ No     Sight Type | |

STRICKLAND - 000180



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office
**Agency:** PORT          **ORI:** CA00100000          **Case Number:** 19-010071

| Property | | | |
|---|---|---|---|

**Seq. # 1**

| Description | Serial Number | Make/Model |
|---|---|---|
| SECURITY PLAN MAP | | |

| Owner | License / State | Color |
|---|---|---|
| STRICKLAND, A. #1812 | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (108525) LISKEY, PAUL J | 1.00 | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test   Test Type | Sight Test   Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Seq. # 2**

| Description | Serial Number | Make/Model |
|---|---|---|
| PHOTOS OF CREDENTIALS | | |

| Owner | License / State | Color |
|---|---|---|
| STRICKLAND, A. #1812 | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (108525) LISKEY, PAUL J | 1.00 | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test   Test Type | Sight Test   Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Seq. # 3**

| Description | Serial Number | Make/Model |
|---|---|---|
| PHOTOS OF GOLD RIBBON CREDENTIAL | | |

| Owner | License / State | Color |
|---|---|---|
| STRICKLAND, A. #1812 | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (108525) LISKEY, PAUL J | 2.00 | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test   Test Type | Sight Test   Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

**Seq. # 4**

| Description | Serial Number | Make/Model |
|---|---|---|
| PHOTO OF GREEN VEST FOR COURT ACCESS | | |

| Owner | License / State | Color |
|---|---|---|
| STRICKLAND, A. #1812 | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (108525) LISKEY, PAUL J | 1.00 | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test   Test Type | Sight Test   Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

STRICKLAND - 000181



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office
**Agency:** PORT         **ORI:** CA00100000         **Case Number:** 19-010071

## Property

| Seq. # | Description | | | | Serial Number | | Make/Model |
|---|---|---|---|---|---|---|---|
| **5** | THUMB-DRIVE OF VIDEO SURVEILLANCE | | | | | | |

| Owner | | | | License / State | | Color |
|---|---|---|---|---|---|---|
| STRICKLAND, A. #1812 | | | | | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (108525) LISKEY, PAUL J | 2.00 | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test       Test Type | Sight Test       Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

| Seq. # | Description | | | | Serial Number | | Make/Model |
|---|---|---|---|---|---|---|---|
| **6** | PRINTED PICTURES OF VIDEO SURVEILLANCE | | | | | | |

| Owner | | | | License / State | | Color |
|---|---|---|---|---|---|---|
| STRICKLAND, A. #1812 | | | | | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| EVIDENCE | (108525) LISKEY, PAUL J | 1.00 | | |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|
| | | | | |

| Condition | Gun Test       Test Type | Sight Test       Sight Type |
|---|---|---|
| | ☐ Yes ☑ No | ☐ Yes ☑ No |

## Related Name Relationships

| STRICKLAND, A. #1812 | is | STRANGER | to | UJIRI, MASAI |
|---|---|---|---|---|

STRICKLAND - 000182



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office

Agency:  PORT   •   ORI:  CA00100000   Case Number: 19-010071

## Narrative

On Thursday, June 13, 2019, I was assigned to the Oracle Arena for Game #6 of the NBA Finals between the Golden State Warriors and the Toronto Raptors. I have worked the NBA Finals and Playoffs at the Oracle Arena for the past five years and am familiar with the environment and security threats that come with working a high profile sporting event of international significance. I have worked many high security events in my career including the Super Bowl, President of the United States visits, International Dignitary Protection, Raiders Games, concerts and numerous other events.

I was dressed in my issued Alameda County Sheriff's Office Explosive Ordnance Disposal (EOD) K-9 uniform, which consists of a tactical outer carrier with a cloth name embroidered badge which reads A. STRICKLAND.  The name tag was affixed on the right side of my outer carrier on the right side of my chest. Affixed on the left side of my outer carrier, was an Alameda County Sheriff's Office cloth badge which read Alameda County Sheriff.  I was also wearing an Alameda County Sheriff's Office baseball cap with an affixed cloth patch which read Alameda County Sheriff which is yellow and blue in color. My uniform makes me readily identifiable as an Alameda County Deputy Sheriff.  I wore my assigned body worn camera (serial # X81143282).  I later downloaded the footage to a secure server.

NBA Finals Game 6, was a significant game in the fact that it was the Warriors last game at the Oracle Arena after 47 years and a championship title clinch game for the Toronto Raptors. There was a tremendous security presence at the arena due to these factors. My pregame duties were to conduct protective bomb sweeps of the Oracle arena with my K9 partner "Noris." A major concern at any national sporting event is the threat of a bomb or active shooter. Events such as the NBA Finals are prime targets for such an attack and are considered Tier 1 National Security Events.

After the EOD K9 Teams and I concluded the protective bomb sweep of the arena interior and exterior, we were directed onto the court and were shown pictures of the proper credentials needed to gain access to the court at the end of the game by Anschutz Entertainment Group (AEG) employee, Irvin Melendez.

Melendez was briefed by The National Basketball Association (NBA) security who relayed strict orders regarding the final moments of the game, especially when it came to accessing the court and the post-game court celebration.

I was instructed that during the last 4 minutes of the fourth quarter, deputies were to take pre-assigned posts around the court perimeter to protect the players and staff located in and around the court. A concern was that an unauthorized person would access the court and cause a disturbance, cause harm to a player or coach or commit a crime. I know from my training and experience, during the 2019 NBA Finals and Playoffs at Oracle there were several threats and incidents where a breach of security occurred, one being a person who utilized fictitious credentials to access the court where the person bypassed multiple layers of security.  This event was covered during a security briefing.  The NBA and AEG security did not want this security breach to occur again.

STRICKLAND - 000183



# INCIDENT / CRIMINAL REPORT
**Alameda County Sheriff's Office**

Agency:  PORT          ORI:  CA00100000          Case Number: 19-010071

## Narrative

The entire EOD Team was instructed on the following by AEG Security Director Irvin Melendez and AEG VP of Operations Carolyn Griggs:

In the event the Toronto Raptors won, only those people with gold ribbons were allowed access to the court until a mobile stage was set up and a trapezoid of rope barriers were in place. The gold ribbons had a photo of a trophy imprinted on the front of it and the gold ribbons were to be worn as upper arm bands. After the stage and rope barriers were in place, NBA Security would allow persons with a plastic NBA Finals credential bearing the words Trophy Presentation on it to access the court. The purple colored trophy credential had visible writing which read NBA Finals 2019 on the top. On the right side of the credential read "Game 6." In the middle of the NBA credential is a photo of the NBA trophy that read "Trophy Presentation." Only one person would be allowed on the court per trophy credential. All persons with NBA credentials were to have them visibly hanging around their neck on a lanyard. The credential is made of plastic and measures about 3.5" x 5". See attached copy of credentials.

Media staff wearing a green or black vest that was imprinted with, "NBA Finals 2019" on the back of the vest, would also be allowed onto the court.

Per the NBA security protocols, no other credentials or uniforms were valid and there would be no exceptions to allowing a person onto the floor without the proper credentials.

NBA Security would only grant access to the court through the North and South tunnel areas and these would be the only access areas onto the court.

Per AEG, during the last two minutes of the game, no person without a yellow armband or Trophy credential would be allowed to exit down onto the floor area of the court and all persons were redirected to the first-floor concourse for exit out of the arena.

Before the game Lieutenant Liskey attended a pre-game security meeting and after the meeting he briefed the entire ACSO EOD detail assigned to the game via text message. Lieutenant Liskey instructed us the following per the NBA:

"In the event Toronto won: only yellow ribbons is allowed on the court until trapezoid was set. Once trapezoid is set then trophy credentials (purple) is allowed on court. 1 person per trophy pass only allowed period. Also green vest and black vest that says NBA Finals 2019 on back are allowed on court. No other credentials are accepted period. NBA Security will grant access to the court. North and South tunnel are only access point". "Only yellow armband is allowed to come down any of the aisles past the k9`s. No one else is allowed to come down any of the aisles, period regardless of credentials, after stage and trapezoid is set, then trophy credentials ONLY can come down the aisles to the floor."

With approximately 5 minutes left in the fourth quarter, I took my assigned post on the Southeast corner of the

STRICKLAND - 000184



# INCIDENT / CRIMINAL REPORT
**Alameda County Sheriff's Office**

Agency:  PORT         ORI:  CA00100000         Case Number: 19-010071

## Narrative

court next to the stands.  I was assigned to the floor aisle in the area of section 107 next to the South Tunnel.
My position was in the aisle way between the courtside floor seats and the stands.

With approximately two minutes left in the game, numerous fans attempted to leave and were redirected by
NBA Security, AEG staff and Oracle employees away from the South Tunnel.  After the game concluded,
numerous Raptors and Warriors fans stayed in the stands to watch the trophy presentation and post-game
celebration.  I politely redirected several patrons who wished to leave the game to go up the stairs to the first
floor concourse as I had been instructed to do.

About 2045 hours, I was at my assigned post standing next to an AEG employee (unidentified).  I saw a
person, who was later identified as the Raptors President, Masai Ujiri walking toward my location. I had never
seen Ujiri before and was not familiar with his role as the president of the Toronto Raptors.  Ujiri was wearing
a dark suit with a tie and did not have any visible credentials around his neck as required by the NBA. I also
did not see Ujiri wearing a yellow armband, as required by the NBA to access the court at this time.

While Ujiri approached, I saw Ujiri start to pull out what appeared to be security credentials from inside his
left breast suit jacket pocket.  Ujiri did not pull them out far enough to verify who the credentials belonged to
or the color coding on the credentials. I attempted to get the AEG employee's attention by pointing at Ujiri as
he approached our location so the AEG employee could verify the credentials.  Ujiri walked past the AEG
employee without visibly showing credentials or wearing the required yellow armband.  Ujiri attempted to
walk past me on my left side toward the court area.

Based on Ujiri not displaying the proper yellow armband and not having credentials properly displayed, I
attempted to stop him.  I side stepped to my left and extended my left arm in an attempt to slow his movement
and gain his attention to present his credentials.    I verbally directed Ujiri to turn around and show the AEG
employee his NBA credentials.  Ujiri ignored my verbal request and forcefully used his right hand slapping
my left hand out of his way.  Ujiri had what appeared to be plastic credentials in his right hand.  He held them
up over his head and out of my view preventing me from being able to verify the validity of the credential. I
still could not see a yellow armband on Ujiri as required to access the court at this time because the mobile
stage was still being erected.

Due to Ujiri's actions of attempting to walk past me and slapping my hand away from him, I pushed Ujiri with
both of my hands on his upper chest to prevent him from accessing the secure court area.  I used profanity to
get his immediate attention and to let him know I was serious and I told Ujiri to back up.  My intention was to
prevent Ujiri from moving past me and prevent him from accessing the secure area of the court without the
proper credentials as instructed by NBA security.

I moved forward to my original position and attempted to verify if Ujiri had the proper NBA credentials to
enter the secure court area.

---

STRICKLAND - 000185



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office
**Agency:** PORT          **ORI:** CA00100000          **Case Number:** 19-010071

## Narrative

While attempting to speak with Ujiri, I was grabbed on my left shoulder by an unidentified male in a green shirt, who I had seen standing in a court side seat behind me, when I arrived at my assignment. I looked at Ujiri as he held a plastic placard in my face and attempted to walk past me again, this time on the right side of me. Ujiri stated, "I'm the president of the Raptors." Ujiri waved the white plastic looking placard and lanyard in my face but I was unable to view it or recognize it due to the manner in which he waved it aggressively. Ujiri had the placard as close as 1 inch from my nose and was waving it very quickly and aggressively so I could not focus on it, let alone see if it was an actual valid credential that granted him access to the court for the Trophy presentation.

Based on my experience and debriefs of prior security breaches at Oracle Arena, it is common practice for people without valid credentials to quickly flash their credentials and attempt to move past you quickly so you cannot properly evaluate them to determine their validity.

Additionally, even if he had the credential that stated "Trophy" on it, the only credential that would allow him access to the court at this time was the yellow armband because the mobile stage had not been set up.

The unidentified subject who grabbed my left shoulder verbally said, "Please, please, please" as he was climbing over the chairs from the court area toward my direction. The unidentified subject pulled me back by my left shoulder away from Ujiri while continuing to say "Please, please, please." Ujiri continued toward my direction and I again pushed him back away from me in an attempt to prevent his access to the secure area, create space between me and him and to try to verify that he had the proper credentials (which at this time was a yellow armband as directed to us by NBA Security and AEG security) to be on the court. As Ujiri re-approached me it was in a quick and aggressive manner.

While the unidentified subject was holding my left shoulder, he moved his right arm toward the front of my chest and pulled me back. Due to the unidentified subject holding me back, my left arm was trapped under his arm restraining my ability to defend myself. Ujiri walked aggressively toward me, raising both of his hands and striking me with closed fists in a straight arm manner I would best describe as a double fist punch. Ujiri's left hand struck me in the right collarbone area and his right hand on the left side of my chin. The blunt force of being struck by both fists from Ujiri knocked me backwards 3 full steps or approximately 4 feet. As I tried to maintain my balance from the impact, the unidentified male jumped over the floor seats that were to my immediate left and held me back from Ujiri as I attempted to move forward to take Ujiri into custody. The unidentified male continued to block my path toward Ujiri and continued saying "please, please please." During this time, my body worn camera was turned off by either the subject holding me or Ujiri's violent strikes. I did not turn my camera off.

Oakland Police Department (OPD) Sergeant R. Cooglio arrived along with AEG employee Irvin Melendez and I informed them of the situation. The unidentified male stopped holding me back and walked over to Ujiri.

STRICKLAND - 000186



# INCIDENT / CRIMINAL REPORT

**Alameda County Sheriff's Office**

**Agency:** PORT          **ORI:** CA00100000          Case Number: 19-010071

## Narrative

I told OPD Sgt. Cooglio, that I was just punched in the face by Ujiri and pointed out Ujiri to Sergeant Cooglio. I watched as Ujiri aggressively attempted to move toward me in a confrontational manner, which made me believe he wanted to physically assault me again. The unidentified male was holding Ujiri back from approaching me. Several other unknown people got between Ujiri and me preventing Sergeant Cooglio and me from taking Ujiri into custody. I watched the same subject who held me back escort Ujiri onto the court through the southeast corner of the arena. Once Ujiri was on the court, he was greeted by Raptors player #7 Kyle Lowry, and the two of them embraced each other. While Ujiri was on the court hugging Kyle Lowry he looked toward my direction and mouthed "Fuck You."

I left my post and located Explosive Ordnance Disposal (EOD) Sergeant M. Norton and EOD Lieutenant P. Liskey and advised them of the incident.

Lieutenant Liskey asked me what occurred and I explained to him that I was punched by someone who claimed they are an executive of the Raptors organization. Lieutenant Liskey asked me if I could identify the subject and I told him I could. Lieutenant Liskey asked me if I was hurt and I told him my jaw hurt. Lieutenant Liskey instructed me and Deputy Dennington to see if we could locate Ujiri and take him into custody.

As we began our search around the arena floor for Ujiri, I located him on the "Trophy Stage" in the center of the arena, I reported back to Lieutenant Liskey that Ujiri was on the stage. Lieutenant Liskey then met with Oakland Police Department and AEG Security. At the conclusion of the meeting it was decided that the Oakland Police Department would assume the investigation of the assault on me by Ujiri.

I was directed by Lieutenant Liskey to go to my duty station at the Oakland Airport and start my report of the incident.

About 2320 hours, I was contacted via telephone by OPD Officer Christine Tikkanen which I provided her a verbal statement. Officer Tikkanen provided me OPD report #19-029873.

While working on my report I developed a migraine headache and had continued popping and cracking of my jaw when I opened and closed my mouth. I also could feel swelling on my chin and was in constant pain in my jaw. At about 0230 hours, I went to Eden Medical Center located at 20103 Lake Chabot Road in the city of Castro Valley for medical care. Dr. Yang Wang noticed visible swelling to my left chin area, and I advised him I had a headache and a cracking sound when I open my mouth. X-rays were performed and were found negative for fractures or breaks on my jaw. Dr. Wang diagnosed me with no apparent fractures but possible cartilage damage to my jaw.

At Eden Medical Center, Sergeant G. Livensparger took digital pictures of me and my face. A copy of the pictures were later placed into evidence at the Eden Township duty station.

STRICKLAND - 000187



# INCIDENT / CRIMINAL REPORT
**Alameda County Sheriff's Office**

**Agency:** PORT    **ORI: CA00100000**    **Case Number:** 19-010071

## Narrative

On Saturday, June 15, 2019, I was still experiencing a headache and pain from the incident and had a constant cracking in my jaw when I opened and closed my mouth. I notified Lieutenant Liskey of my ongoing pain and cracking in my jaw and he advised me to return to Eden Hospital to get evaluated. I went to the Emergency Room and was diagnosed with post-concussion syndrome and Temporomandibular joint syndrome (TMJ).

I also took digital photographs of my face on June 15 and June 16, documenting the swelling of my face. I later placed copies of those pictures into evidence at the Eden Township duty station.

I recommend charges be sought against Ujiri for violently assaulting me and causing injury to my jaw and subsequent head injury.

This report is supplemental to Oakland Police Departments original report number 19-029873.

## Continuation

STRICKLAND - 000188



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office

**Agency:** PORT          **ORI:** CA00100000          **Case Number:** 19-010071

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/21/2019 11:40:04 | GENERAL SUPPLEMENTAL | (108525) LISKEY, PAUL J |
| **Contact Name** | | **Supervising Officer** |
| | | (201603) MCGRAIL, JAMES V |
| | | |

## Supplement Narrative

On Thursday, June 13, 2019, I was assigned as the Incident Commander for the Alameda County Sheriff's Office (ACSO) Explosive Ordnance Disposal (EOD) team assigned to the Oracle Arena Game #6 of the NBA Finals between the Golden State Warriors and Toronto Raptors. I have been the ACSO Incident Commander at numerous events at Oracle Arena over the last several years, including the NBA Finals and Playoffs.

As the Incident Commander, I am responsible for supervising and managing the Alameda County Sheriff's Office employees and establishing a Unified Command with all stakeholders involved in the security of the event including the Oakland Police Department, NBA Security, AEG Security and Operations.

The NBA Finals Game #6 was the last Warriors game ever to be played at Oracle Arena after 47 years and was also a possible NBA Finals Champion clinch game for the Toronto Raptors. Due to the high profile of Game #6 of the NBA Finals, numerous extra security measures were put into place for this game. The ACSO EOD team deployment for this game consisted of 14 Deputy Sheriff's, (7) explosive detection canines and their handlers and (7) EOD Bomb Technicians.

After we conducted our explosive sweeps of the interior and exterior of the Oracle Arena we conducted a walk through with AEG Security on the end of game procedures for this game. All members of ACSO assigned to the game participated in the walk through and security briefing with AEG Director of Security Irvin Melendez and VP of Operations Carolyn Griggs.

During the walkthrough and security briefing Melendez explained that there was two possible scenarios for Game 6 of the NBA Finals:
1. The Golden State Warriors win the game and since it's the last game ever to play at Oracle Arena they feared people would try to storm the court and may even try to steal items for memorabilia from the court area of the arena including seats. In the event the Warriors win, there would be a commemorative thank you video to the fans in Oakland for 47 years of support.

2. The Toronto Raptors win the game and become the 2019 NBA World Champions, there would be trophy presentation for the Raptors Team on the court. This would require a Trophy Stage and trapezoid rope barrier to be set in place. The only approved credentials for the trophy presentation would be a gold arm band prior to the stage being set in place and then a plastic, purple in color, trophy credential after the stage is set up and the trapezoid rope barrier is in place. We were told if the Raptors won the game, then all other NBA credentials were no longer valid and the only credentials that were valid were the yellow armband and the purple trophy credential.

Both scenarios required the ACSO team to take pre designated positions on the floor at the bottom of the

STRICKLAND - 000189



# INCIDENT / CRIMINAL REPORT
**Alameda County Sheriff's Office**

| Agency: PORT | ORI: CA00100000 | Case Number: 19-010071 |

aisles to prevent patrons from coming onto the floor.  The K9 handlers were instructed to take these positions with approximately 4 minutes left in the game to provide a visual deterrent.  With approximately 2 minutes left in the game, deputies were instructed that no one was to come down the aisles onto the floor regardless of credentials.

I was provided a map of the security plan for each scenario and reviewed it with the entire EOD Team. Sergeant Norton assigned the K9 Handlers to their respective post locations based on the deployment plan.

90 minutes prior to the game, I attended a pre-game security meeting with all stake holders to include but not limited to: AEG Security, NBA Security, Oakland Police Department, FBI, NCRIC, Warriors Security and staff.

During the security briefing, Jerome Pickett, Executive Vice President and Chief Security Officer for the NBA, outlined the procedures for the end of the game. Jerome reiterated the above procedures and stated that after the game only a yellow armband or green and black colored vest displaying the words NBA Finals 2019, were allowed on the court until the stage and trapezoid rope barriers were set.  After the stage was set and ready then NBA Security would grant access to the court through the North or South Tunnels for the 136 people who received a Trophy Credential.  Jerome also specified that only 1 person per trophy credential was allowed on the court and they only issued 136 of the Trophy Credentials.

I specifically asked Jerome, if an owner of one of the teams comes down the aisles after the two-minute mark in the game, are we going to deny them access to the court.  Jerome stated that everyone in both organizations had been briefed and if they do not have the right credentials, they will not be allowed on the court regardless of who they are.  Jerome further stated, "It doesn't matter who they are, who they say they are, you tell them Jerome Pickett says they are not going on the court without proper credentials."

Based on the information I received in briefing, I sent the ACSO EOD Team the following the instructions this time via text message as they were all deployed to the numerous areas of the coliseum property.  The instructions were:

"In the event Toronto wins: yellow ribbons only are allowed on court until trapezoid is set.  Once trapezoid is set then trophy credentials (purple) is allowed on court. 1 person per trophy pass only allowed period. Also green vest and black vest that says NBA Finals 2019 on back are allowed on court.  No other credentials are accepted period.  NBA Security will grant access to the court.  North and South tunnel are only access point". "Only yellow armband is allowed to come down any of the aisles past the k9`s. No one else is allowed to come down any of the aisles, period regardless of credentials, after stage and trapezoid is set, then trophy credentials ONLY can come down the aisles to the floor."

At halftime, I attended the halftime security meeting and we again went over the end of game procedures, the credentials that are allowed and the timing of the court access. There was no changes to the original plans we were already briefed on and I sent the EOD team a text message again telling them "no changes in plans from the halftime meeting".

About 4 minutes left in the game, I saw the K9 handlers take their positions around the court as they were instructed.  About 2 minutes left in the game, I saw the Bomb Technicians take their assigned positions around the North Tunnel.

At the conclusion of the game, the Bomb Technicians took positions on the North Baseline of the court as instructed while the stage was being brought out and set in place.  A short time after the end of the game, I was notified that Deputy Strickland was punched in the mouth.  I had another Deputy relieve me of my duty on the

STRICKLAND - 000190



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office

Agency:  PORT          ORI:  CA00100000          Case Number: 19-010071

north court baseline and met with Deputy Strickland who told me he was punched in the mouth by an executive of the Toronto Raptors. I asked Strickland if he was injured and he told me his jaw hurt "real bad." I asked him if his body worn camera was on and he said he believed it was. I asked him if he could identify the subject who assaulted him and he said he could. I instructed Deputy Dennington to go with Deputy Strickland to search for the suspect and to take him into custody.

Deputies Dennignton and Strickland returned after a few minutes telling me they located the suspect, identified as Masai Ujiri, on the trophy stage. By this time, several AEG and OPD representatives were with me. I met with OPD Captain Randall Wingate, who was the overall Incident Commander on scene. We agreed that OPD would conduct the investigation as the assault on Deputy Strickland occurred in their jurisdiction.

NBA Security was notified of the incident and they said that they would fully cooperate with the investigation and would be a resource to assist with contacting members of the Raptors organization including the suspect Ujiri.

I sent Deputy Strickland to his duty station at the Oakland Airport to begin writing his report.

After patrons and the Raptors team cleared the arena, I met with AEG Security Director Irvin Melendez and reviewed the surveillance camera footage that captured the assault on Deputy Strickland. I obtained a copy of the surveillance footage on a thumb drive from Melendez. I later placed the thumb-drive into evidence at ETS.

I took a copy of the video surveillance footage and body worn camera footage and gave it to ACSO's Multi Media Unit. D. Ohara Multi Media producer scaled the videos speed to 25% of of real time and scaled the video into the assault. I later placed a thumb-drive with the slowed and scaled video into evidence at ETS.

I left the Oracle Arena and went to the Airport duty station and checked on Deputy Strickland.

Deputy Strickland told me he had pain to his jaw and had a bad headache.

About 0200 hours, I was informed by Deputy Strickland that Sergeant Livensparger was taking him to Eden Medical Center to get evaluated as his headache had worsened and his jaw was popping when he opened and closed his mouth.

I later placed the following items into evidence at the Eden Township Substation:
"3 page map provided by AEG for post-game positions and assignments (security plan)
"Pictures of only authorized NBA credentials for post-game court access NBA Finals Trophy Presentation credential and gold ribbon.
"Two pictures of Gold Ribbon allowing court access immediately after the game.
"Picture of 2019 NBA Finals green vest that authorizes court access after the game.
"Thumb-drive of surveillance camera footage inside of Oracle Arena
"Thumb-drive of slowed and scaled camera footage of inside Oracle Arena.
"Printed pictures of the video surveillance.

This report is supplemental to Deputy Strickland's original report #19-010071.

This report is supplemental to Oakland Police Departments report #19-029873.

STRICKLAND - 000191





M CAMPOS @ OAKLANDCA.GOV
P ESPINOZA @ OAKLAND.CA.GOV.

STRICKLAND - 000192



STRICKLAND - 000193



STRICKLAND - 000194



STRICKLAND - 000195





STRICKLAND - 000196



STRICKLAND - 000197

# EXHIBIT 2

# Oakland Police Department
### 455 - 7th Street   Oakland, CA 94607
## Crime Report - Continued

| OCCURRED | DATE | TIME | DAY | PREMISE TYPE | | CAD INCIDENT | | RD # | |
|---|---|---|---|---|---|---|---|---|---|
| ON OR FROM | 13 JUN 19 | 2045 | Thursday | Other Commercial | | LOP190613000582 | | 19-029873 | |
| TO | 13 JUN 19 | 2045 | Thursday | ADDRESS / LOCATION | | | | BFO | BEAT |
| REPORTED | 13 JUN 19 | 2227 | Thursday | 7000 7000 COLISEUM WY WY, Oakland, CA 94621 | | | | 2 | 31X |

☐ PHOTOS TAKEN    ☐ PRINTS OBTAINED    TECHNICIAN

| SUSPECT 1 | LAST, FIRST, MID. UJIRI, MASAI | | | | SEX M | RACE B | | D.O.B. 07 JUL 70 | AGE 48 |
|---|---|---|---|---|---|---|---|---|---|
| HOME ADDRESS 167 OLD YONGE ST , TORONTO, OO | | | ALIAS NAME (LAST, FIRST) | | | HAIR BLK | EYES BRO | SSN | |
| HOME PHONE | CELL PHONE (416)710-3667 | | PAGER | | | HEIGHT 6'4" | | WEIGHT 210 | |
| EVENT ASSOC Suspect | ETHNICITY Not of Hispanic Origin | | DRIVERS LICENSE # | LICENSE EXP. | LIC. STATE | ☐ GANG ASSOCIATION | | | |
| OCCUPATION | | EMPLOYER / SCHOOL | | | | | WORK HOURS | | |
| BUSINESS ADDRESS / SCHOOL | | | | | WORK PHONE | | | | |

| DESC | PERSON DESCRIPTORS FOR SUSPECT 1 | |
|---|---|---|
| | Feature | Description |
| | Appearance | Well Groomed |
| | Clothing | DARK SUIT |
| | Hair Length | Short |
| | Hair Style | Conservative |

| WITNESS 1 | LAST, FIRST, MID. KEMPKE, KEVIN | | | | SEX M | RACE W | | D.O.B. 24 MAR 73 | AGE 46 |
|---|---|---|---|---|---|---|---|---|---|
| HOME ADDRESS 35 VIKING LANE , TORONTO, OO | | | ALIAS NAME (LAST, FIRST) | | | HAIR BLD | EYES | SSN | |
| HOME PHONE | CELL PHONE (647)449-7767 | | PAGER | | | HEIGHT | | WEIGHT | |
| EVENT ASSOC Witness | ETHNICITY Not of Hispanic Origin | | DRIVERS LICENSE # | LICENSE EXP. | LIC. STATE | ☐ GANG ASSOCIATION | | | |
| OCCUPATION DIRECTOR OF SECURITY | | EMPLOYER / SCHOOL TORONTO RAPTORS ORGANIZATION | | | | | WORK HOURS | | |
| BUSINESS ADDRESS / SCHOOL | | | | | WORK PHONE | | | | |

| WITNESS 2 | LAST, FIRST, MID. Silva, Jason Chandler | | | | SEX M | RACE W | | D.O.B. 03 JAN 90 | AGE 29 |
|---|---|---|---|---|---|---|---|---|---|
| HOME ADDRESS 5355 Hilltop Cres , Oakland, CA 94618 | | | ALIAS NAME (LAST, FIRST) | | | HAIR BRO | EYES BRO | SSN | |
| HOME PHONE | CELL PHONE (925)200-6578 | | PAGER | | | HEIGHT 5'9" | | WEIGHT 130 | |
| EVENT ASSOC Witness | ETHNICITY Unknown | | DRIVERS LICENSE # D8272607 | LICENSE EXP. | LIC. STATE CA | ☐ GANG ASSOCIATION | | | |
| OCCUPATION Event Representative | | EMPLOYER / SCHOOL Oracle Arena | | | | | WORK HOURS | | |
| BUSINESS ADDRESS / SCHOOL 7000 Coliseum Way , Oakland, CA 94621 | | | | | WORK PHONE | | | | |

| REPORTED BY Officer K Tikkanen | SERIAL 9190 | BEAT | BFO 1 | SUPERVISOR Sergeant M CAMPOS | SERIAL 8708 | REVIEWER | SERIAL |
|---|---|---|---|---|---|---|---|

ORI 00109

STRICKLAND - 000174

# Oakland Police Department
### 455 - 7th Street    Oakland, CA 94607
## Crime Report - Continued

| OCCURRED | DATE | TIME | DAY | PREMISE TYPE | CAD INCIDENT | | RD # | |
|---|---|---|---|---|---|---|---|---|
| ON OR FROM | 13 JUN 19 | 2045 | Thursday | Other Commercial | LOP190613000582 | | 19-029873 | |
| TO | 13 JUN 19 | 2045 | Thursday | ADDRESS / LOCATION | | | BFO | BEAT |
| REPORTED | 13 JUN 19 | 2227 | Thursday | 7000 7000 COLISEUM WY WY, Oakland, CA 94621 | | | 2 | 31X |

☐ PHOTOS TAKEN    ☐ PRINTS OBTAINED    TECHNICIAN

| WITNESS 3 | LAST, FIRST, MID. | | SEX | RACE | D.O.B. | AGE |
|---|---|---|---|---|---|---|
| | Cividini, Massimiliano Tomas | | M | | 15 SEP 82 | 36 |

| HOME ADDRESS | ALIAS NAME (LAST, FIRST) | HAIR | EYES | SSN |
|---|---|---|---|---|
| 3029 4th Ave , Claymont, DE 19703 | | BLK | BRO | |

| HOME PHONE | CELL PHONE | PAGER | HEIGHT | WEIGHT |
|---|---|---|---|---|
| | (215)450-4015 | | 6'10" | 352 |

| EVENT ASSOC | ETHNICITY | DRIVERS LICENSE # | LICENSE EXP. | LIC. STATE | ☐ GANG ASSOCIATION |
|---|---|---|---|---|---|
| Witness | | 1848424 | | DE | |

| OCCUPATION | EMPLOYER / SCHOOL | WORK HOURS |
|---|---|---|
| | | |

| BUSINESS ADDRESS / SCHOOL | WORK PHONE |
|---|---|
| | |

| WITNESS 4 | LAST, FIRST, MID. | | SEX | RACE | D.O.B. | AGE |
|---|---|---|---|---|---|---|
| | Singh, Sucha | | M | | | 30-35 |

| HOME ADDRESS | ALIAS NAME (LAST, FIRST) | HAIR | EYES | SSN |
|---|---|---|---|---|
| | | | | |

| HOME PHONE | CELL PHONE | PAGER | HEIGHT | WEIGHT |
|---|---|---|---|---|
| (213)833-3797 | (562)235-4907 | | | |

| EVENT ASSOC | ETHNICITY | DRIVERS LICENSE # | LICENSE EXP. | LIC. STATE | ☐ GANG ASSOCIATION |
|---|---|---|---|---|---|
| Witness | | | | | |

| OCCUPATION | EMPLOYER / SCHOOL | WORK HOURS |
|---|---|---|
| Police Officer III | LAPD | |

| BUSINESS ADDRESS / SCHOOL | WORK PHONE |
|---|---|
| 251 East 6th St , Los Angeles, CA 90014 | |

| OFFICER 1 | OFFICER NAME | SERIAL NO. | | ROLE | BEAT | BFO |
|---|---|---|---|---|---|
| | Officer K Tikkanen  9190 | | RO | | 1 |

| OFFICER 2 | OFFICER NAME | SERIAL NO. | | ROLE | BEAT | BFO |
|---|---|---|---|---|---|
| | Sergeant M CAMPOS  8708 | | ROSUP | | 1 |

**Narrative**
SUMMARY

On 13 Jun 19, around 2100 hours, I was working as OPD unit 4A21 with my partner, Ofc. M. Ramos 9161. We were both wearing full OPD uniform and were assigned to NBA Finals Game 6 detail, Warriors vs. Raptors, at Oracle Arena (7000 Coliseum Way).

Around this time, we were assigned to the court area to assist with security after the conclusion of the game. I was instructed by supervisors to assist with a report of an assault on an Alameda County Sheriffs Deputy, Dep. A. Strickland #1812 by an executive staff member from the Toronto Raptors.

Ofc. M. Jung 9165, Ofc. M. Tacchini 9182 (4A24) and Ofc. A. Brown 9460 also assisted.

Ofc. Tacchini made contact with Jason SILVA (W2), an Oracle Arena Events Representative, and took a PDRD statement from him.

| REPORTED BY | SERIAL | BEAT | BFO | SUPERVISOR | SERIAL | REVIEWER | | SERIAL |
|---|---|---|---|---|---|---|---|---|
| Officer K Tikkanen | 9190 | | 1 | Sergeant M CAMPOS | 8708 | | | |

ORI 00109

STRICKLAND - 000175

# Oakland Police Department
455 - 7th Street   Oakland, CA 94607

## Crime Report - Continued

| | OCCURRED | DATE | TIME | DAY | PREMISE TYPE | CAD INCIDENT | RD # |
|---|---|---|---|---|---|---|---|
| ON OR FROM | | 13 JUN 19 | 2045 | Thursday | Other Commercial | LOP190613000582 | 19-029873 |
| TO TO | | 13 JUN 19 | 2045 | Thursday | ADDRESS / LOCATION | | BFO | BEAT |
| REPORTED | | 13 JUN 19 | 2227 | Thursday | 7000 7000 COLISEUM WY WY, Oakland, CA 94621 | | 2 | 31X |

☐ PHOTOS TAKEN   ☐ PRINTS OBTAINED   TECHNICIAN

**Narrative (Continued)**

W2 advised the following (summary and not verbatim):
He was posted in the 105/106 section when the game was ending and observed a MB 30-40, 6'4, blk clothing, shaved head (S1) shove an officer (V1) with both hands twice. The situation was diffused by a Raptors representative. See PDRD and supplemental for details.

Ofc. Jung made contact with Massimiliano Tomas Cividini (W3), who was a fan attending the game and witnessed the incident. Ofc. Jung took a PDRD statement from him.
W3 advised the following (summary and not verbatim):
W3 was in the lower left area of Section 106 video taping the end of the game. He observed a MB 40's 6'7", thin build, gray suit, white shirt (S1), approach the court. There was a police officer (V1) standing at the court line when he asked S1 for his credentials, which angered S1. S1 shoved the police officer in his chest and the officer pushed S1 in return. Toronto Raptors player, Kyle Lowry, then retrieved S1 and pulled him onto the court. As S1 was being escorted onto the court, he pulled out his credential placard and said, "Go fuck yourself" while waving the placard in the direction of the officer. See PDRD and supplemental for details.

Ofc. Brown made contact with another witness, Sucha Singh (W4), who was working for Oracle Arena. Ofc. Brown took a PDRD statement from him.
W4 advised the following (summary and not verbatim):
Shortly after the game, W4 was standing at the north tunnel entrance of the arena with some of his staff trying to exit the court. At the same time, he heard a verbal altercation between an unknown male in a black suit (S1) and a Sheriffs Deputy (V1). He then observed the unknown male (S1) approach the Deputy and push him in the chest area with two clenched fists. Immediately after, staff members intervened to diffuse the altercation. See PDRD and supplemental for further details.

Sgt. M. Campos and I relocated to a security office to make contact with S1, Masai Ujiri, President of the Toronto Raptors. Present with him was John Altilia, Toronto Raptors Director of Team Security, and Kevin Kempke, Toronto Raptors Director of Security (W1).

Sgt. Campos admonished S1, who waived his rights and elected to give a statement.
I took a PDRD statement from S1, who stated the following (summary and not verbatim):
S1 is the President of the Toronto Raptors and believed that most people in attendance at the game (both fans and staff) were aware of who he was and would recognize him. Towards the end of the game, he walked to his wife sitting in the designated Raptors friends and family section. As the game concluded, S1 approached the court and was stopped by a police officer, asking for his credentials. S1 did not understand why V1 was preventing him from accessing the court to celebrate his teams win and advised he was their President. As he was explaining who he was to the police officer, he stated he was "rushing in excitement" to get on to the court and pushed the police officer away in an effort to get by him. S1 believed he may have had his credentials in his hand at the time. S1 stated that the officer may have perceived his pushing as aggressive. The police officer then pulled S1 back away from the court and pushed him. Toronto Raptors players and staff then observed the altercation and escorted S1 onto the court without further incident. S1 stated that he believed it was a misunderstanding. See my PDRD for details.

I took a PDRD statement from Kempke, W4, who stated the following (summary and not verbatim):
W4 is the Director of Security for the Toronto Raptors and was assigned as security for S1's wife and other celebrity family members in that designated section. Towards the end of the game, he observed S1 come over to his wife. The game ended and W4 heard a commotion coming from his left. He observed a verbal altercation between S1 and a police officer but could not perceive what was being said. He then observed the police officer push S1 in the chest with two hands. S1 then pushed V1 in the chest with two hands. W4 and others then jumped in between the two to diffuse the situation. What appeared to be a supervisor or Sergeant then grabbed the police officer while he escorted S1 to the stage. See my PDRD for details.

ALCO Deputy Allen Strickland #1812 (V1), had already left the premise once I completed my statements from S1 and W4. I made contact with him and took a PDRD statement from him via phone. He stated the following (summary and not verbatim):
On today's date, 13 Jun 19, in NBA Finals Game 6, he was assigned to the southeast portion of the court and was instructed by supervisors and NBA staff to prevent anyone from accessing the court without the proper credentials. V1 was standing with several Oracle security staff members. While on post, a MB subject (S1), who V1 did not know nor recognize, approached V1 while simultaneously putting his credential lanyard into his jacket pocket. V1 put his hand out and told S1 he needed to see his credentials to ascertain who he was and if he was authorized to enter the court area. S1 then pushed V1's hands away and continued to walk towards V1 in an aggressive manner as if he was "walking through" him. Believing he was trying to access the court and stage without proper credentials and authorization, V1 pushed S1 back and again advised he could not access the court without certain credentials. S1 stated that his friends

| REPORTED BY | SERIAL | BEAT | BFO | SUPERVISOR | SERIAL | REVIEWER | SERIAL |
|---|---|---|---|---|---|---|---|
| Officer K Tikkanen | 9190 | | 1 | Sergeant M CAMPOS | 8708 | | |

ORI 00109

STRICKLAND - 000176

# Oakland Police Department
### 455 - 7th Street    Oakland, CA 94607
## Crime Report - Continued

| OCCURRED | DATE | TIME | DAY | PREMISE TYPE | CAD INCIDENT | | RD # | |
|---|---|---|---|---|---|---|---|---|
| ON OR FROM | 13 JUN 19 | 2045 | Thursday | Other Commercial | LOP190613000582 | | 19-029873 | |
| TO | 13 JUN 19 | 2045 | Thursday | ADDRESS / LOCATION | | | BFO | BEAT |
| REPORTED | 13 JUN 19 | 2227 | Thursday | 7000  7000 COLISEUM WY WY, Oakland, CA 94621 | | | 2 | 31X |
| ☐ PHOTOS TAKEN | | ☐ PRINTS OBTAINED | | TECHNICIAN | | | | |

**Narrative (Continued)**

were out there and pushed V1 in his vest with two hands, causing V1 to take 1-2 steps back. One of S1's hands slipped from the outer vest carrier and hit V1 in the left part of his jaw. As S1 walked onto the court past the Raptors bench, he turned and yelled, "Fuck you" to V1. V1 then alerted other security on the court to ascertain who S1 was. V1 also advised ALCO Sgt. Norton of the incident. See PDRD for details.

Also see Dep. Strickland's report #19-010071.

Video surveillance of the incident was recovered and submitted as evidence by Alameda County Sheriff (see ALCO supplementals for details).

It appears that S1, President of the Toronto Raptors, was attempting to access the court at the end of the NBA Finals Game 6. S1 was not wearing credentials and was stopped by an ALCO Sheriff Deputy (V1) attempting to ascertain his identity and credentials for accessing the court. V1 put his hand up to stop S1, which S1 pushed away. V1 pushed S1 back from entering onto the court. S1 stated that his friends were on the court and pushed V1 with two hands in the chest, causing him to take 1-2 steps back and hitting the left part of his jaw. Toronto players and staff then intervened and escorted S1 onto the court without further incident.

Per Captain R. Wingate, S1 was not cited or arrested at this time pending further investigation.

No force used or observed.
PDRD activated for statements.
No subject was handcuffed nor searched.
No additional known witnesses were contacted.

| REPORTED BY | SERIAL | BEAT | BFO | SUPERVISOR | SERIAL | REVIEWER | SERIAL |
|---|---|---|---|---|---|---|---|
| Officer K Tikkanen | 9190 | | 1 | Sergeant M CAMPOS | 8708 | | |

ORI 00109

STRICKLAND - 000177

# EXHIBIT 3



**From:** ████████████████████████████
**To:** ████████████████████████ "Pickett, Jerome"
**Cc:** "Frank, Tim" ██████████ ██████ "Flatow, Kelly" █████████████ , "Neyses, Jeannette" ████████████ , "Chant, Mike" ██████ , "Massache, Paul" ████████ "Tatum, Mark" ██████ ████████████ "Hirschheimer, Marc" ████████████████████████████ ████████████ "Pickett, Jerome" <JPickett@nba.com>

**Subject:** RE: Trophy Presentation
**Date:** Wed, 12 Jun 2019 16:52:04 +0000
**Importance:** Normal
**Attachments:** finals_armband.xlsx

---

Stage remains the same.

I have attached 100 trophy pass list spreadsheet – Game 6 tab.  Let me know if you have questions.

---

**From:** Jennifer Quinn
**Sent:** Tuesday, June 11, 2019 4:03 PM
**To:** Pickett, Jerome ████████
**Cc:** Frank, Tim ████████ Flatow, Kelly █████████ Neyses, Jeannette ████████ Chant, Mike ████████ Massache, Paul ████████ Tatum, Mark ████████ Hirschheimer, Marc ████████ ; Masai Ujiri ████████ obby Webster ████████ Teresa Resch ████████ Pickett, Jerome ████████
**Subject:** Re: Trophy Presentation

Hi Jerome. It might get smaller - or not - but I will circle back with Teresa and come back ASAP!

Thanks again,

Jennifer

---

**From:** Pickett, Jerome ████████
**Sent:** Tuesday, June 11, 2019 10:48:08 AM
**To:** Jennifer Quinn

NBA000167

**Cc:** Frank, Tim; Flatow, Kelly; Neyses, Jeannette; Chant, Mike; Massache, Paul; Tatum, Mark;
Hirschheimer, Marc; Masai Ujiri; Bobby Webster; Teresa Resch; Pickett, Jerome
**Subject:** Re: Trophy Presentation

Afternoon Jennifer. For a potential game 6 clinch, will the below list remain the same? Also, we will again
deliver 100 Trophy Passes to you or your designee.

Jerome Pickett

EVP & Chief Security Officer
National Basketball Association
Cell: ▮▮▮▮▮▮▮
Office: ▮▮▮▮▮▮▮

On Jun 9, 2019, at 11:52 AM, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ wrote:

**CAUTION:** *External Email.*

Good afternoon,

Our list of 35 is below. Please do shout if I can clarify.

- Owners: Larry Tanenbaum, George Cope, Edward Rogers

- 16 players (three will not be in uniform – Jordan Loyd definitely, and two others TBD)

- Coaches: Nick Nurse, Adrian Griffin, Sergio Scariolo, Nate Bjorkgren, Phil Handy, Patrick Mutumbo,
Jim Sann, Eric Khoury, Jeremy Castleberry, Jon Goodwillie

- Medical: Alex McKechnie, Scott McCullough

- Front office: Masai Ujiri, Bobby Webster, Dan Tolzman, Teresa Resch

Thanks,

JQ

---

**From:** Pickett, Jerome [mailto:▮▮▮▮▮▮▮]
**Sent:** Saturday, June 08, 2019 7:04 PM
**To:** Jennifer Quinn <▮▮▮▮▮▮▮>
**Cc:** Frank, Tim <▮▮▮▮▮▮▮>; Flatow, Kelly <▮▮▮▮▮▮▮>; Neyses, Jeannette
<▮▮▮▮▮▮▮>; Chant, Mike <MC▮▮▮▮▮▮▮>; Massache, Paul <▮▮▮▮▮▮▮>;
Tatum, Mark <▮▮▮▮▮▮▮>; Pickett, Jerome <▮▮▮▮▮▮▮>; Hirschheimer, Marc



██████████████; Masai Ujiri ◄████████████████████; Bobby Webster
◄████████████████████►

**Subject:** Trophy Presentation

Good evening Jennifer.  Congratulations on going up 3 games in the series.  Please see the below excerpt from the memo sent to teams about the trophy presentation procedures last month.  Please note that stage participants are limited to **35**, and we will need the team to communicate to players, coaching staff and ownership who the approved individuals are as to avoid an embarrasing security incident pre-celebration.

## NBA Finals Trophy Presentation

Please note that restrictions will continue to be in place with regard to the televised portion of the NBA Finals/Finals MVP Trophy Presentation.

Regardless of whether the road or home team wins the championship, that presentation will happen on a riser that will be erected at center court.

A list of requested stage participants must be submitted to NBA Security (attn: Jerome Pickett; jpickett@nba.com) at least 24 hours in advance of a clinching game, and only the following team personnel will be allowed on the riser for the presentation to be carried live on ABC:

-- Team Ownership

-- Players

-- Head Coach, Assistant Coaches and Trainers (primary bench staff)

-- General Manager

-- Team President

Special credentials will be supplied to all the above personnel (except for players in uniform) and will be enforced by NBA security staff as well as Team-provided security staff for entry to the Trophy stage.

Once the televised portion of the Trophy Presentation concludes, family members and/or other Team Employees are welcome to assemble on the stage.

*** Please note, there is a separate armband that will be issued to the team for friends and family who will be allowed in the buffer area in front of the stage.  This number is limited to 100.

Jerome Pickett

# EXHIBIT 4

**From:** "Owens, Elton" < ████████████
**To:** "DiSabatino, Lou" ████████████
**Cc:** "Owens, Elton" ████████████
**Subject:** Re: GAME 6 SECURITY GUIDANCE
**Date:** Wed, 12 Jun 2019 17:20:00 -0400
**Importance:** Normal
**Attachments:** attachment_1.pdf; ATT00001.htm
**Inline-Images:** image001.jpg

---

Here you go. Let me know if you want the Word format.



Elton

On Jun 12, 2019, at 9:33 AM, DiSabatino, Lou ██████████████████ wrote:

Thx Elton.

**From:** Owens, Elton
**Sent:** Wednesday, June 12, 2019 12:33 PM
**To:** DiSabatino, Lou ████████████████
**Subject:** Re: GAME 5 SECURITY GUIDANCE

Hey Lou,

I will send you something by the end of the day. I need to check with OPD for any adverse intelligence.

As of now, I'll mirror the language about credentials and NBA Security support.

Elton

On Jun 12, 2019, at 9:02 AM, DiSabatino, Lou ████████████████ wrote:

Hey Elton....just checking before I get asked, would you have something at some point tomorrow, for Game 6, that we can pass along.

from: Hegarty, Neil
**Sent:** Sunday, June 9, 2019 8:21 PM
**To:** Flatow, Kelly ████████████ ; DiSabatino, Lou ██████████████████ ; Dickson, Taylor
████████████ ; Walker, Vernon ████████████████ ; Barberan, Karen ██████████████ ;
Hirschheimer, Marc ██████████████████ ; Coyle, Maureen <████████████ ; Blackwell, Michele
████████████████ Washington, Kim ████████████████ ; Schnieders, Erin
████████████████
**Cc:** Neyses, Jeannette ████████████ ; Owens, Elton ████████████████ ; Hegarty, Neil
████████████████
**Subject:** GAME 5 SECURITY GUIDANCE

Team – please see attached pdf reference security guidance for Game 5 tomorrow.

All the best,

Neil

<image001.jpg>

**NEIL HEGARTY**
**Team & Arena Security**
**National Basketball Association**
**Mobile 1:** ████████████
**Mobile 2:** ████████████

<Game 5 guidance (TOR).pdf>

NBA000244

Finals Game 6 signifies the last game the Warriors will play in Oracle Arena. The Oakland Police Department, in coordination with several local, state, and federal Emergency Management Agencies, will significantly increase staffing and patrols at Oracle Arena.

At this time, there is no adverse intelligence regarding disruptive fan behavior pregame, game, or post-game. However, be cognizant of your surroundings and use the buddy system when walking through the parking lots post-game.

Call 911 in an emergency.

**NBA Security Support**
NBA Security will provide information to department Leads in the event that external activity has potential negative impact to staff, guests, players and fans.

NBA staff should ensure they have enrolled in the LiveSafe app and have the 'Location' setting set to Always.



**Trophy Presentation**
As a reminder, there will be a different credential/access control process in place post-game in the event of a Toronto win.  NBA issued Finals credentials (to include Day Passes) will not allow holder access onto the court until after the trophy presentation has concluded.

Unless you have a working function for the Trophy Presentation, stay away from the court until the presentation has concluded and all participants have cleared the court.

**From:** "Owens, Elton" <█████████████>
**To:** "DiSabatino, Lou" █████████████
**Subject:** Finals Game 6.docx
**Date:** Wed, 12 Jun 2019 17:23:45 -0400
**Importance:** Normal
**Attachments:** Finals_Game_6.docx; ATT00001.htm

Here you go.

NBA000246

**Elton Owens**
**Team, Arena & Event Security**
**National Basketball Association**
**Phone:** +███████████
**Mobile:** +███████████

NBA000247

# EXHIBIT 5



**From:** "Pickett, Jerome" ███████████████████
**To:** "███████████████████████████████
**Cc:** "Frank, Tim" ███████████, "Flatow, Kelly" ███████████ "Neyses,
Jeannette" ███████████ "Chant, Mike" ███████████, "Massache, Paul"
███████████ "Tatum, Mark" ███████████ "Hirschheimer, Marc"
███████████████████████████,
"██████████████████████████████

**Subject:** Re: Trophy Presentation
**Date:** Sun, 9 Jun 2019 21:02:26 +0000
**Importance:** Normal

---

Jennifer, thank you for the below list. I will distribute this on the NBA side as approved. Please note that should there be a Trophy Presentation at Game 5, Jeannette Neyses will be managing for NBA Security. She is copied. Also, below is what your team should expect:

At some point tomorrow, 100 Trophy Credentials (not armbands) will be delivered to you or your designee. These are not to be displayed by anyone until after the final buzzer (especially if it is a close game). There will be plenty of time for Trophy Credential holders to don this pass after the buzzer. It is important that everyone who receives these passes know that if the pass is lost, they will not be given another, and this is the only way to access the court for the celebration. Prior to the final buzzer, all down-aisle access to the court will be frozen. At the final buzzer, ALL credentials will be invalid for accessing the floor except for the Trophy Credential. While the floor celebration and interviews are occurring, NBA Security, Team Security and Toronto Police will be clearing center court by the broadcast table for the stage to be brought out and assembled, and the trapezoid to be constructed. The only people on the court at this time are celebrating players, coaches etc, media with armbands and security. Once the stage is certified assembled and safe (approx 8-10 minutes after final buzzer), your list of 35 will be allowed on-stage (no friends, family, guests outside of list of 35), and down-aisles will be open for Trophy Credential holders only so they can assemble on the court, outside the constructed trapezoid. When the live TV portion is complete, friends and family will be allowed on stage, but there are weight limitations for safety that we'll be managing. Please make sure your players and coaching staff are aware of the rules so they are not attempting to bring children in arms, friends or family members on stage. We have had near safety issues in the past when this has occurred.

Any questions can be directed to Jeannette Neyses who is in Toronto as we speak.

Jerome Pickett
EVP & Chief Security Officer
National Basketball Association
O: ███████████
C: ███████████

On Jun 9, 2019, at 2:52 PM, "███████████████████████████████████████" wrote:

**CAUTION:** *External Email.*

Good afternoon,

NBA000180

Our list of 35 is below. Please do shout if I can clarify.

- Owners: Larry Tanenbaum, George Cope, Edward Rogers

- 16 players (three will not be in uniform – Jordan Loyd definitely, and two others TBD)

- Coaches: Nick Nurse, Adrian Griffin, Sergio Scariolo, Nate Bjorkgren, Phil Handy, Patrick Mutumbo, Jim Sann, Eric Khoury, Jeremy Castleberry, Jon Goodwillie

- Medical: Alex McKechnie, Scott McCullough

- Front office: Masai Ujiri, Bobby Webster, Dan Tolzman, Teresa Resch

Thanks,

JQ



**From:** Pickett, Jerome [mailto: ███████████]
**Sent:** Saturday, June 08, 2019 7:04 PM
**To:** Jennifer Quinn <███████████>
**Cc:** Frank, Tim <███████████>; Flatow, Kelly <███████████>; Neyses, Jeannette
<███████████>; Chant, Mike <███████████>; Massache, Paul <███████████>;
Tatum, Mark <███████████>; Pickett, Jerome <███████████>; Hirschheimer, Marc
<███████████>; Masai Ujiri <███████████>; Bobby Webster
<███████████>
**Subject:** Trophy Presentation

Good evening Jennifer. Congratulations on going up 3 games in the series. Please see the below excerpt from the memo sent to teams about the trophy presentation procedures last month. Please note that stage participants are limited to **35**, and we will need the team to communicate to players, coaching staff and ownership who the approved individuals are as to avoid an embarrasing security incident pre-celebration.

**<u>NBA Finals Trophy Presentation</u>**

Please note that restrictions will continue to be in place with regard to the televised portion of the NBA Finals/Finals MVP Trophy Presentation.

Regardless of whether the road or home team wins the championship, that presentation will happen on a riser that will be erected at center court.

A list of requested stage participants must be submitted to NBA Security (attn: Jerome Pickett; jpickett@nba.com) at least 24 hours in advance of a clinching game, and only the following team personnel will be allowed on the riser for the presentation to be carried live on ABC:

-- Team Ownership

NBA000181

-- Players

-- Head Coach, Assistant Coaches and Trainers (primary bench staff)

-- General Manager

-- Team President

Special credentials will be supplied to all the above personnel (except for players in uniform) and will be enforced by NBA security staff as well as Team-provided security staff for entry to the Trophy stage.

Once the televised portion of the Trophy Presentation concludes, family members and/or other Team Employees are welcome to assemble on the stage.

*** Please note, there is a separate armband that will be issued to the team for friends and family who will be allowed in the buffer area in front of the stage.  This number is limited to 100.

Jerome Pickett

EVP & Chief Security Officer

National Basketball Association

O: ███████

C: ███████

# EXHIBIT 6

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
EMANUEL B. TOWNSEND (SBN 305373)
etownsend@cpmlegal.com
TAMARAH PREVOST (SBN 313422)
tprevost@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Defendants Masai Ujiri, Toronto*
*Raptors, and Maple Leaf Sports & Entertainment*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **ALAN STRICKLAND**, an individual; and **KELLY STRICKLAND**, an individual, | Case No. 4:20-cv-000981-YGR |
| Plaintiffs, | |
| v. | **DEFENDANTS MASAI UJIRI, TORONTO RAPTORS, AND MAPLE LEAF SPORTS & ENTERTAINMENT'S INITIAL DISCLOSURES** |
| 1. **MASAI UJIRI**, an individual; | |
| 2. **TORONTO RAPTORS**, a business entity; | |
| 3. **MAPLE LEAF SPORTS & ENTERTAINMENT**, a business entity; | |
| 4. **NATIONAL BASKETBALL ASSOCIATION, INC.**; and DOES 1 through 100, inclusive | |
| Defendants. | |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

1    Masai Ujiri, Toronto Raptors, and Maple Leaf Sports & Entertainment (hereinafter

2    "Defendants"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, for their initial

3    disclosures, hereby disclose and states as follows:

4    **I.**      **RULE 26(a)(1)(A)(i) DISCLOSURES**

5         Based on Defendants' initial preliminary investigation of the matters asserted in the complaint

6    and in advance of formal discovery, Defendants identify the following individuals likely to have

7    discoverable information that Defendants may use to support their defenses, unless solely for

8    impeachment, and the subjects of that information:

9         1.      Masai Ujiri has information regarding his encounter with Alan Strickland.  Mr. Ujiri

10                can be reached through his counsel at Cotchett, Pitre & McCarthy, LLP.

11        2.      Greg Weiner witnessed the June 13, 2019 encounter between Alan Strickland and

12                Masai Ujiri.  Mr. Weiner can be reached at 130 Linhares Lane, Alamo, CA 94507-

13                1830; (925) 838-7732

14        3.      Charles Terrell witnessed the June 13, 2019 encounter between Alan Strickland and

15                Masai Ujiri.  Mr. Terrell can be reached through his counsel, Casey Kaplan, at (512)

16                921-8455.

17        4.      Nancy Pike witnessed the June 13, 2019 encounter between Alan Strickland and Masai

18                Ujiri.  Ms. Pike can be reached at 556 Dalewood Drive, Orinda, CA 94563; (925) 765-

19                4277.

20        5.      Andrew Miller witnessed the June 13, 2019 encounter between Alan Strickland and

21                Masai Ujiri.  Mr. Miller can be reached at 81 Caravan Place, San Ramon, CA 94583;

22                (925) 487-1925.

23        Defendants also identify and disclose any and all individuals Plaintiffs Alan and Kelly

24    Strickland and/or the NBA identify in their respective initial disclosures.

25        Without assuming any duty to supplement these disclosures, other than any duties already

26    imposed by Rule 26(e) of the Federal Rules of Civil Procedure, Defendants reserve the right to

27    identify and/or call as witnesses such other individuals with knowledge of relevant facts as may be

28    discovered or subsequently identified in this litigation.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DEFENDANTS MASAI UJIRI, TORONTO RAPTORS, AND MAPLE LEAF SPORTS &
ENTERTAINMENT'S INITIAL DISCLOSURES**; Case No. 4:20-cv-000981-YGR                    1

## II.   RULE 26(a)(1)(A)(ii) DISCLOSURES

Pursuant to Rule 26(a)(1)(B), the following is a description by category of documents, data compilations, and tangible things in the possession, custody or control of Defendants and/or Defendants' counsel, excluding any impeachment evidence; Defendants reserve the right to amend, alter and supplement this list:

- Videos of the incident giving rise to this lawsuit;
- Pictures of the incident giving rise to this lawsuit.

Defendants also identify and disclose any and all documents, data compilations, and tangible things Plaintiffs Alan and Kelly Strickland and/or the NBA describe in their respective initial disclosures.

Without assuming any duty to supplement these disclosures, other than any duties already imposed by Rule 26(e) of the Federal Rules of Civil Procedure, Defendants reserve the right to produce, disclose or introduce into evidence additional documents that may be discovered later during this litigation or otherwise subsequently identified.

## III.   RULE 26(a)(1)(A)(iii) DISCLOSURES

Defendants assert that no damages are appropriate or warranted in this action for any of the claims Plaintiffs have asserted against Defendants.

## IV.   RULE 26(a)(1)(A)(iv) DISCLOSURES

Defendants identify Chubb Insurance Co. of Canada Policy No. 35811473, as an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy a possible judgment.  The policy is attached hereto as **Exhibit A**.

Dated: May 8, 2020              **COTCHETT, PITRE & McCARTHY, LLP**


By:   */s/Emanuel B. Townsend*
        EMANUEL B. TOWNSEND

*Counsel for Defendants Masai Ujiri, Toronto Raptors, and Maple Leaf Sports & Entertainment*

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DEFENDANTS MASAI UJIRI, TORONTO RAPTORS, AND MAPLE LEAF SPORTS & ENTERTAINMENT'S INITIAL DISCLOSURES**; Case No. 4:20-cv-000981-YGR

2

## PROOF OF SERVICE

I am employed in the County of San Mateo.  I am over the age of 18 years and not a party to this action.  My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

1.  **DEFENDANTS MASAI UJIRI, TORONTO RAPTORS AND MAPLE LEAF SPORTS & ENTERTAINMENT'S INITIAL DISCLOSURES**

✓  **VIA E-MAIL:** My e mail address is cbarbosa@cpmlegal.com.  I am readily familiar with this firm's practice for causing documents to be served by e-mail.  Following that practice, I caused the aforementioned document(s) to be emailed to the addressee(s) specified below.

| | |
|---|---|
| David P. Mastagni<br>Grant A. Winter<br>Brett D. Beyler<br>**Mastagni Holstedt, A.P.C.**<br>1912 I Street<br>Sacramento, CA 95811<br>dmastagni@mastagni.com<br>bbeyler@mastagni.com<br>gwinter@mastagni.com | **COUNSEL FOR PLAINTIFFS ALAN STRICKLAND AND KELLY STRICKLAND** |
| Mark R. Conrad<br>Courtney C. Aasen<br>**Conrad & Metlitzky LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>mconrad@conradmetlitzky.com<br>caasen@conradmetlitzky.com | **COUNSEL FOR DEFENDANT NATIONAL BASKETBALL ASSOCIATION** |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed at Burlingame, California, on May 8, 2020.

CINDY BARBOSA

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

# EXHIBIT 7

**Brett D. Beyler**

| | |
|---|---|
| **From:** | Emanuel Townsend <ETownsend@cpmlegal.com> |
| **Sent:** | Wednesday, May 13, 2020 10:58 AM |
| **To:** | Courtney Aasen; Brett D. Beyler; Sonia L. Santos; Tamarah Prevost; Patrice Omalley; Nirav Engineer |
| **Cc:** | Mark Conrad |
| **Subject:** | Re: Strickland v. Ujiri - Video Footage |

Brett,

Defendants Ujiri and Raptors intend to send the Court the arena footage we have, which you can download using the following link: *https://cpmlegal.sharefile.com/d-s93b20af520e43c09*

We will send the video to the Court at 1 pm today.  Please let us know if you intend to submit additional footage or have any questions about the video we intend to provide to the Court.  If you do intend to send additional video to the Court, we would appreciate if you could provide us the video in before you submit it to the Court.

Thanks,
Emanuel

Emanuel B. Townsend (Bio)
*Senior Associate*

**COTCHETT PITRE & McCARTHY LLP**
**A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK**
840 Malcolm Road, Suite 200  |  Burlingame, CA 94010
Tel: (650) 697-6000  |  Fax:  (650) 697-0577  |  Email: etownsend@cpmlegal.com

**CONFIDENTIALITY NOTICE**:  This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender.   The information is intended only for the use of the individual or entity named above.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited.  If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments.  Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Courtney Aasen <caasen@conradmetlitzky.com>
**Sent:** Tuesday, May 12, 2020 9:58 AM
**To:** Brett D. Beyler <bbeyler@mastagni.com>; Sonia L. Santos <ssantos@mastagni.com>; Emanuel Townsend <ETownsend@cpmlegal.com>; Tamarah Prevost <TPrevost@cpmlegal.com>; Patrice Omalley <POmalley@cpmlegal.com>; Nirav Engineer <NEngineer@cpmlegal.com>
**Cc:** Mark Conrad <mconrad@conradmetlitzky.com>
**Subject:** Strickland v. Ujiri - Video Footage

Brett,

In light of the judge's instructions yesterday to submit video footage of the incident, can you please send to us all the footage you have been able to collect? We'd like to meet and confer about which footage to provide to the Court. We have footage from Oracle Arena, which it sounds like you already have, but we do not have the other video footage you mentioned today regarding bodycam and phone footage.

Best,
Courtney

Courtney C. Aasen | Conrad & Metlitzky LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
T 415.343.7108 | F 415.343.7101
www.conradmetlitzky.com

| | |
|---|---|
| **From:** | Emanuel Townsend |
| **To:** | ygrcrd@cand.uscourts.gov |
| **Cc:** | Mark Conrad; Courtney Aasen; Brett D. Beyler; Tamarah Prevost; David P. Mastagni; Joseph Cotchett; Grant A. Winter; Patrice Omalley |
| **Subject:** | Case 4:20-cv-00981-YGR Strickland et al v. Ujiri et al: Video of Incident |
| **Date:** | Wednesday, May 13, 2020 1:21:25 PM |

Dear Ms. Stone:

During the May 11, 2020 initial case management conference, Judge Gonzalez Rogers requested the parties meet and confer and then submit to the Court video footage of the June 13, 2019 incident between Plaintiff Alan Strickland and Defendant Masai Ujiri.

The parties have met and conferred and have agreed to provide the Court with two videos of the incident, which can be accessed via the links provided below.

The videos contain the same footage, however, Defendants have provided a truncated version of the video that is 1:56 long rather than the original 6:04 long.  The truncated version also utilizes red circles and intermittent pauses to help locate Mr. Ujiri and Mr. Strickland throughout the video, and then zooms in on Mr. Ujiri and Mr. Strickland shortly before the altercation to give what Defendants believe is a clearer view of the altercation.

Plaintiffs' counsel has agreed to the submission of the truncated version of the video subject to the following objections:  "the submitted video is not authenticated per FRE 901 and currently inadmissible per FRE 10002. Also, the video has been edited and/or modified by defendants."

In the truncated version of the video, a red circle is intermittently superimposed around Mr. Ujiri's image, with a brief pause, to help the viewer track him as he makes his way along the aisle immediately behind the scorers' table and over to embrace his wife.  The video then zooms in at 0:50 as Mr. Ujiri turns from his wife and begins to approach the location where he encounters Mr. Strickland.

In the original video, at the 5:12 mark, Mr. Ujiri begins to approach the location where he eventually encounters Mr. Strickland.

The videos can be accessed at the following links:

https://cpmlegal.sharefile.com/d-s93b20af520e43c09

https://cpmlegal.sharefile.com/d-sdd6c3ebd2ce4450a (Original Video)

Please let us know if you have any questions or if the Court has any trouble accessing the videos.

Sincerely,
Emanuel B. Townsend (Bio)
*Senior Associate*

## COTCHETT PITRE & McCARTHY LLP

A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK

840 Malcolm Road, Suite 200 | Burlingame, CA 94010

Tel: (650) 697-6000 | Fax: (650) 697-0577 | Email: etownsend@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender.   The information is intended only for the use of the individual or entity named above.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited.   If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments.   Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

# EXHIBIT 8



STRICKLAND - 001136



STRICKLAND - 001137



# EXHIBIT 9





# EXHIBIT 10

# Video Exhibit –

# See Manual Notice of Filing

# EXHIBIT 11

1  MARK R. CONRAD (CA Bar No. 255667)
   COURTNEY C. AASEN (CA Bar No. 307404)
2  **CONRAD & METLITZKY LLP**
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Tel:   (415) 343-7100
4  Fax:   (415) 343-7101
   Email: mconrad@conradmetlitzky.com
5  Email: caasen@conradmetlitzky.com

6  Attorneys for Defendant National Basketball
   Association
7

8

                        UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ALAN STRICKLAND, an individual; and        CASE NO. 4:20-CV-00981-YGR
    KELLY STRICKLAND, an individual,
13                                             **DEFENDANT NATIONAL BASKETBALL**
          Plaintiffs,                          **ASSOCIATION'S OBJECTIONS AND**
14                                             **RESPONSES TO PLAINTIFF ALAN**
          v.                                   **STRICKLAND'S FIRST SET OF**
15                                             **INTERROGATORIES**
    MASAI UJIRI, an individual; TORONTO
16  RAPTORS, a business entity; MAPLE LEAF
    SPORTS & ENTERTAINMENT, a business
17  entity; NATIONAL BASKETBALL
    ASSOCIATION; and DOES 1 through 100,
18  inclusive,

19        Defendants.

20

21

22  PROPOUNDING PARTY:   PLAINTIFF ALAN STRICKLAND

23  RESPONDING PARTY:    DEFENDANT NATIONAL BASKETBALL ASSOCIATION

24  SET NUMBER:          ONE

25

26

27

28

---

1  electronic security system personnel, ticketing personnel, janitorial personnel, safety personnel, sound

2  personnel, lighting personnel, venue lighting personnel, accounting personnel, venue general

3  management personnel, promotional personnel, and social media personnel.

4  **RESPONSE TO INTERROGATORY NO. 4:**

5       The NBA objects to this Interrogatory on the ground that it seeks information not within the

6  NBA's possession, custody, or control. The Toronto Raptors are a separate organization, and a separate

7  defendant in this case. Information about "every employee, agent, contractor, or other person under

8  Defendant TORONTO RAPTOR's control" should be provided by the Raptors, not the NBA. The NBA

9  further objects to this Interrogatory on the ground that it is vague, overbroad, and unduly burdensome.

10  As with NBA personnel, Game 6 of the 2019 NBA Finals was an event that involved the participation of

11  dozens of people associated with the Raptors who may have had some involvement in or responsibility

12  for the subject matters listed above, whether as employees, agents, contractors, or otherwise. The NBA

13  further objects to this Interrogatory on the ground that it is compound. The NBA further objects to this

14  Interrogatory on the ground that it seeks information that is neither relevant to this litigation nor

15  proportional to the needs of the case.

16  **INTERROGATORY NO. 5:**

17       IDENTIFY ANY PERSON, including, but not limited to, ANY employee, agent, contractor, or

18  other person, under YOUR control who was responsible for the authorship, creation, and/or

19  implementation of any security policies, practices, rules, procedures, manuals, guides, handbooks,

20  training, or any other materials or policies concerning how security should be, or was, carried out on the

21  night of the INCIDENT.

22  **RESPONSE TO INTERROGATORY NO. 5:**

23       The NBA objects to this Interrogatory on the ground that it is vague, overbroad, and unduly

24  burdensome. The NBA further objects to this Interrogatory on the ground that it is compound. The NBA

25  further objects to this Interrogatory on the ground that it seeks information that is neither relevant to this

26  litigation nor proportional to the needs of the case. The NBA objects to this Interrogatory on the ground

27  that it is unintelligible with respect to the phrase "how security should be … carried out." The subject

28  matters potentially covered by this interrogatory, if expansively construed, would cover a wide variety

- 4 -

of subject matters that are not relevant to the case.  For example, "security procedures" related to Game 6 of the 2019 NBA Finals could be construed to encompass all personnel involved in the NBA's advance team, hotel security, information technology, fire marshals, evacuation plans, bomb technicians, and other security workers that have no connection to either the incident giving rise to this case or any security policies or procedures that might be relevant to it. Further, the disclosure of information about such security policies, practices, rules, procedures, manuals, guides, handbooks, training, or other materials or policies would undermine NBA security.

Subject to the foregoing objections, the NBA states that the NBA executive with principal responsibility for overseeing the design and implementation of the post-game security procedures related to court access after Game 6 of the 2019 NBA Finals was Jerome Pickett, NBA EVP & Chief Security Officer.

**INTERROGATORY NO. 6:**

IDENTIFY ANY PERSON, including, but not limited to, ANY employee, agent, contractor, or other person, under the control of Defendant MASAI UJIRI who was responsible for the authorship, creation, and/or implementation of any security policies, practices, rules, procedures, manuals, guides, handbooks, training, or any other materials or policies concerning how security should be, or was, carried out on the night of the INCIDENT.

**RESPONSE TO INTERROGATORY NO. 6:**

The NBA objects to this Interrogatory on the ground that it seeks information not within the NBA's possession, custody, or control. Masai Ujiri is not an NBA employee, and he is an individual defendant in this case. Information about "every employee, agent, contractor, or other person, under the control of Defendant MASAI UJIRI" should be provided by Ujiri, not the NBA, which has no basis to know what persons, if any, may be included in these categories. The NBA objects to this Interrogatory on the ground that it is vague, overbroad, and unduly burdensome. The NBA objects to this Interrogatory on the ground that it is unintelligible with respect to the phrase "how security should be … carried out."  The NBA further objects to this Interrogatory on the ground that it is compound. The NBA further objects to this Interrogatory on the ground that it seeks information that is neither relevant to this litigation nor proportional to the needs of the case. The subject matters potentially covered by this

- 5 -

1

2

Respectfully submitted,

3   Date:   June 29, 2020           CONRAD & METLITZKY LLP

4

5                            */s/ Mark R. Conrad*

                            MARK R. CONRAD

6                            COURTNEY C. AASEN

                            Attorneys for Defendant National Basketball

7                            Association

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 10 -

1

## **VERIFICATION**

2      I, Jerome Pickett, have read the foregoing DEFENDANT NATIONAL BASKETBALL

3 ASSOCIATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF ALAN STRICKLAND'S

4 FIRST SET OF INTERROGATORIES and know their contents. I certify and declare under penalty of

5 perjury under the laws of the United States that the foregoing answers are true and correct to the best of

6 my knowledge.

7      Executed this 27 day of June, 2020, in ___New York_____.

8

9

10      _____
               JEROME PICKETT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 11 -

# EXHIBIT 12

1    JOSEPH W. COTCHETT (SBN 36324)
     jcotchett@cpmlegal.com
2    EMANUEL B. TOWNSEND (SBN 305373)
     etownsend@cpmlegal.com
3    TAMARAH PREVOST (SBN 313422)
     tprevost@cpmlegal.com
4    **COTCHETT, PITRE & McCARTHY, LLP**
     840 Malcolm Road
5    Burlingame, CA 94010
     Telephone:  (650) 697-6000
6    Facsimile:  (650) 697-0577

7    *Counsel for Defendants Masai Ujiri, Toronto*
     *Raptors, and Maple Leaf Sports & Entertainment*
8

9                      **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                          **OAKLAND DIVISION**

12

13   **ALAN STRICKLAND**, an individual; and          Case No. 4:20-cv-000981-YGR
     **KELLY STRICKLAND**, an individual,
14
                                                      **DEFENDANT MASAI UJIRI'S**
15                  Plaintiffs,                        **RESPONSES TO PLAINTIFF ALAN**
             v.                                       **STRICKLAND'S REQUESTS FOR**
16                                                    **ADMISSION, SET ONE**

17   **1. MASAI UJIRI**, an individual;

18   **2. TORONTO RAPTORS**, a business entity;

19   **3. MAPLE LEAF SPORTS &**
        **ENTERTAINMENT**, a business entity;
20
     **4.  NATIONAL BASKETBALL**
21      **ASSOCIATION, INC.**; and DOES 1
        through 100, inclusive
22
23                  Defendants.

24

25   **PROPOUNDING PARTY:**        PLAINTIF ALAN STRICKLAND

26   **RESPONDENT PARTY:**         DEFENDANT MASAI UJIRI

27   **SET NO.:**                  ONE (1)

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Defendant Masai Ujiri ("Ujiri" or "Defendant"), hereby responds to Plaintiff, Alan Strickland's Requests for Admission, Set One, as follows:

### PRELIMINARY STATEMENT

Responding Party has not fully completed his investigation of the facts relating to this case, has not fully completed discovery in this action, and has not completed preparation for trial. All of the responses contained herein are based only upon such information and documents which are presently available and specifically known to the Defendant. The Defendant anticipates further discovery, independent investigation, legal research, and analysis may supply additional facts, add meaning to existing facts, as well as establish new factual conclusions, legal conclusions, and legal contentions.

The following responses are given without prejudice to the Defendant's right to produce evidence or documents which it may later discover. The Defendant reserves the right to change any and all responses herein as additional facts or documents are ascertained and/or recalled and analyses thereof are made. However, the Defendant does not undertake any obligation to amend, modify, supplement, or otherwise change these responses except as may be required by law.

The responses contained herein are made in a good faith effort to supply as much factual information as is presently known but should in no way prejudice the Defendant in relation to further discovery, research, investigation, or analysis.

### REQUESTS FOR ADMISSION

#### REQUEST FOR ADMISSION NO. 1:

Admit at the time of the INCIDENT YOU did not possess on YOUR person the proper security clearance credential as required to gain access to the basketball court.

#### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Responding Party objects that the request is vague and ambiguous. Subject to and without waiving the objection, Responding Party responds as follows:

When Mr. Ujiri encountered Plaintiff Alan Strickland, he was in possession of a credential that allowed him free access within Oracle Arena. He had no other credential on him at that time.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S
REQUESTS FOR ADMISSION, SET ONE**; Case No. 4:20-cv-000981-YGR;                    2

**REQUEST FOR ADMISSION NO. 2:**

Admit that before the INCIDENT YOU were provided with ALL the applicable SECURITY DOCUMENTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Responding Party objects that the request is vague and ambiguous.  Subject to and without waiving the objection, Responding Party responds as follows:

Prior to the INCIDENT, Mr. Ujiri does not recall being provided with any SECURITY DOCUMENTS.

**REQUEST FOR ADMISSION NO. 3:**

Admit that before the INCIDENT YOU were aware of the existence of ALL applicable SECURITY DOCUMENTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Responding Party objects that the request is vague and ambiguous.  Subject to and without waiving the objection, Responding Party responds as follows:

Prior to the INCIDENT, Mr. Ujiri does not recall being made aware of  any SECURITY DOCUMENTS.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Defendant TORONTO RAPTORS was responsible for providing YOU with ALL of the applicable SECURITY DOCUMENTS before ANY game.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Responding Party objects that the request is vague and ambiguous.  Subject to and without waiving the objection, Responding Party responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Defendant TORONTO RAPTORS was responsible for providing YOU with ALL of the applicable security clearance credentials before ANY game.

/ / /

/ / /

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S REQUESTS FOR ADMISSION, SET ONE**; Case No. 4:20-cv-000981-YGR;                    3

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

2          Responding Party objects that the request is vague and ambiguous.  Responding Party further

3    objects to this request to the extent it calls for a legal conclusion.  Subject to and without waiving the

4    objection, Responding Party responds as follows:

5          Deny.

6

7

8

9    Dated:  June 22, 2020                    **COTCHETT, PITRE & McCARTHY, LLP**

10                                   By:   */s/Emanuel B. Townsend*
                                         EMANUEL B. TOWNSEND

11
                                         *Counsel for Defendants Masai Ujiri, Toronto*
12                                        *Raptors, and Maple Leaf Sports & Entertainment*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S
REQUESTS FOR ADMISSION, SET ONE**; Case No. 4:20-cv-000981-YGR;

11

1

## PROOF OF SERVICE

2      I am employed in the County of San Mateo.  I am over the age of 18 years and not a party to
this action.  My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San

3 Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I
served the following document(s) in the manner described below:

4

5      **1.  DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN
STRICKLAND'S REQUESTS FOR ADMISSION, SET ONE**

6

7   ✓      **VIA E-MAIL:** My e mail address is vbarretto@cpmlegal.com.  I am readily familiar with
this firm's practice for causing documents to be served by e-mail.  Following that practice, I

8 caused the aforementioned document(s) to be emailed to the addressee(s) specified below.

9

| | |
|---|---|
| David P. Mastagni<br>Grant A. Winter<br>Brett D. Beyler<br>**Mastagni Holstedt, A.P.C.**<br>1912 I Street<br>Sacramento, CA 95811<br>dmastagni@mastagni.com<br>bbeyler@mastagni.com<br>gwinter@mastagni.com | **COUNSEL FOR PLAINTIFFS<br>ALAN STRICKLAND AND KELLY<br>STRICKLAND** |
| Mark R. Conrad<br>Courtney C. Aasen<br>**Conrad & Metlitzky LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>mconrad@conradmetlitzky.com<br>caasen@conradmetlitzky.com | **COUNSEL FOR DEFENDANT<br>NATIONAL BASKETBALL<br>ASSOCIATION** |

10

11

12

13

14

15

16

17

18

19

20      I declare under penalty of perjury, under the laws of the United States of America, that the
foregoing is true and correct.  Executed at Burlingame, California, on June 22, 2020.

21

22

23                                                    _____

24                                                    VALERIE BARRETTO

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

# EXHIBIT 13

1   JOSEPH W. COTCHETT (SBN 36324)
    jcotchett@cpmlegal.com
2   EMANUEL B. TOWNSEND (SBN 305373)
    etownsend@cpmlegal.com
3   TAMARAH PREVOST (SBN 313422)
    tprevost@cpmlegal.com
4   **COTCHETT, PITRE & McCARTHY, LLP**
    840 Malcolm Road
5   Burlingame, CA 94010
    Telephone:  (650) 697-6000
6   Facsimile:  (650) 697-0577

7   *Counsel for Defendants Masai Ujiri, Toronto*
    *Raptors, and Maple Leaf Sports & Entertainment*
8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                           **OAKLAND DIVISION**

12

13  **ALAN STRICKLAND**, an individual; and        Case No. 4:20-cv-000981-YGR
    **KELLY STRICKLAND**, an individual,
14
                                                   **DEFENDANT MASAI UJIRI'S**
15               Plaintiffs,                        **RESPONSES TO PLAINTIFF ALAN**
                     v.                             **STRICKLAND'S INTERROGATORIES,**
16                                                  **SET ONE**
    **1. MASAI UJIRI**, an individual;
17
    **2. TORONTO RAPTORS**, a business entity;
18
    **3. MAPLE LEAF SPORTS &**
19      **ENTERTAINMENT**, a business entity;

20  **4.  NATIONAL BASKETBALL**
21      **ASSOCIATION, INC.**; and DOES 1
        through 100, inclusive
22
                 Defendants.
23

24

25  **PROPOUNDING PARTY:**        PLAINTIF ALAN STRICKLAND

26  **RESPONDENT PARTY:**         DEFENDANT MASAI UJIRI

27  **SET NO.:**                  ONE (1)

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

1  Defendant Masai Ujiri ("Ujiri" or "Defendant" or "Responding Party"), hereby responds to

2  Plaintiff, Alan Strickland's Interrogatories, Set One, as follows:

3  **PRELIMINARY STATEMENT**

4  Responding Party has not fully completed his investigation of the facts relating to this case,

5  has not fully completed discovery in this action, and has not completed preparation for trial. All of

6  the responses contained herein are based only upon such information and documents which are

7  presently available and specifically known to the Defendant. The Defendant anticipates further

8  discovery, independent investigation, legal research, and analysis may supply additional facts, add

9  meaning to existing facts, as well as establish new factual conclusions, legal conclusions, and legal

10  contentions.

11  The following responses are given without prejudice to the Defendant's right to produce

12  evidence or documents which it may later discover. The Defendant reserves the right to change any

13  and all responses herein as additional facts or documents are ascertained and/or recalled and analyses

14  thereof are made. However, the Defendant does not undertake any obligation to amend, modify,

15  supplement, or otherwise change these responses except as may be required by law.

16  The responses contained herein are made in a good faith effort to supply as much factual

17  information as is presently known but should in no way prejudice the Defendant in relation to further

18  discovery, research, investigation, or analysis.

19  **GENERAL OBJECTIONS**

20  Responding Party objects to Propounding Party's First Set of Interrogatories in its entirety to

21  the extent that any or all of the requests seeks information protected by the attorney-client and

22  attorney work-product privileges.

23  Responding Party objects to Propounding Party's First Set of Interrogatories in its entirety to

24  the extent that any or all of the interrogatories seek information protected by the right to privacy

25  under either the United States Constitution or the Constitution of California, or as embodied in

26  statutes, decisional authorities, or otherwise.

27  Responding Party objects to Propounding Party's First Set of Interrogatories in its entirety to

28  the extent that any or all of the interrogatories are overbroad, vague and ambiguous, oppressive,

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S
INTERROGATORIES, SET ONE**; Case No. 4:20-cv-000981-YGR;

2

1   matter is within the knowledge or information of Plaintiffs or within the knowledge or information of

2   third parties.  Responding Party, to the extent it is able, will provide information it has available to it,

3   or has readily obtained in its search efforts to date.

4          Subject to and without waiving these objections, Responding Party responds as follows:

5          Responding Party walked from the players' tunnel out to the arena floor, along the aisle

6   behind the scorer's table and team benches to the section reserved for Toronto Raptors' family and

7   friends where he embraced his wife.  He then turned and walked towards the basketball court where

8   he encountered Plaintiff Alan Strickland.

9   **INTERROGATORY NO. 14:**

10         If ANY of YOUR responses to PLAINTIFF's Request for Admission, set one, is not an

11   unqualified admission, then describe ALL facts upon which you base YOUR response.

12   **RESPONSE TO INTERROGATORY NO. 14:**

13         Responding Party objects to this interrogatory as it is vague and ambiguous.  Responding

14   Party objects on the grounds this interrogatory is overbroad, unduly burdensome, and it exceeds the

15   scope of appropriate discovery.  Responding Party objects to this interrogatory to the extent it seeks

16   information which is not relevant or reasonably calculated to lead to the discovery of admissible

17   evidence.  Responding Party further objects to this interrogatory on the grounds it seeks information

18   equally available and/or already in the possession of the asking party.

19         Responding Party objects to this interrogatory to the extent it seeks information protected by

20   the attorney-client and attorney work product privileges.  No such information will be provided.

21   Responding Party objects to this interrogatory to the extent it purports to impose obligations beyond

22   those required by the Federal Rules of Civil Procedure or any other applicable rule or law.

23   Responding Party further objects to this interrogatory to the extent it seeks information regarding a

24   matter about which Responding Party does not have direct knowledge, such as where the truth of the

25   matter is within the knowledge or information of Plaintiffs or within the knowledge or information of

26   third parties.  Responding Party, to the extent it is able, will provide information it has available to it,

27   or has readily obtained in its search efforts to date.

28         Subject to and without waiving these objections, Responding Party responds as follows:



LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

1    When Mr. Ujiri encountered Plaintiff Alan Strickland, he was in possession of a credential

2  that allowed him free access within Oracle Arena.  He had no other credential on him at that time.

3    Prior to the INCIDENT, Mr. Ujiri does not recall being provided with any SECURITY

4  DOCUMENTS.

5    Prior to the INCIDENT, Mr. Ujiri does not recall being made aware of  any SECURITY

6  DOCUMENTS.

7    The TORONTO RAPTORS submitted the names of individuals entitled to credentials to the

8  NBA and the NBA then supplied the credentials.

9  **INTERROGATORY NO. 15:**

10    If ANY of YOUR responses to PLAINTIFF's Request for Admission, set one, is not an

11  unqualified admission, then IDENTIFY ANY DOCUMENTS that support YOUR response.

12  **RESPONSE TO INTERROGATORY NO. 15:**

13    Responding Party objects to this interrogatory as it is vague and ambiguous.  Responding

14  Party objects on the grounds this interrogatory is overbroad, unduly burdensome, and it exceeds the

15  scope of appropriate discovery.  Responding Party objects to this interrogatory to the extent it seeks

16  information which is not relevant or reasonably calculated to lead to the discovery of admissible

17  evidence.  Responding Party further objects to this interrogatory on the grounds it seeks information

18  equally available and/or already in the possession of the asking party.

19    Responding Party objects to this interrogatory to the extent it seeks information protected by

20  the attorney-client and attorney work product privileges.  No such information will be provided.

21  Responding Party objects to this interrogatory to the extent it purports to impose obligations beyond

22  those required by the Federal Rules of Civil Procedure or any other applicable rule or law.

23  Responding Party further objects to this interrogatory to the extent it seeks information regarding a

24  matter about which Responding Party does not have direct knowledge, such as where the truth of the

25  matter is within the knowledge or information of Plaintiffs or within the knowledge or information of

26  third parties.  Responding Party, to the extent it is able, will provide information it has available to it,

27  or has readily obtained in its search efforts to date.

28    Subject to and without waiving these objections, Responding Party responds as follows:

**DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S
INTERROGATORIES, SET ONE**; Case No. 4:20-cv-000981-YGR;                    15

1    Responding Party will produce all non-privileged documents is his possession custody or

2  control that support his responses to Plaintiffs' RFAs.

3

Dated:  June 22, 2020               **COTCHETT, PITRE & McCARTHY, LLP**

4

5                          By:   _/s/Emanuel B. Townsend_
                                   EMANUEL B. TOWNSEND
6

7                          *Counsel for Defendants Masai Ujiri, Toronto*
                            *Raptors, and Maple Leaf Sports & Entertainment*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S**
**INTERROGATORIES, SET ONE**; Case No. 4:20-cv-000981-YGR;                    16

**PROOF OF SERVICE**

I am employed in the County of San Mateo.  I am over the age of 18 years and not a party to this action.  My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

1. **DEFENDANT MASAI UJIRI'S RESPONSES TO PLAINTIFF ALAN STRICKLAND'S INTERROGATORIES, SET ONE**

✓     **VIA E-MAIL:** My e mail address is vbarretto@cpmlegal.com.  I am readily familiar with this firm's practice for causing documents to be served by e-mail.  Following that practice, I caused the aforementioned document(s) to be emailed to the addressee(s) specified below.

| | |
|---|---|
| David P. Mastagni<br>Grant A. Winter<br>Brett D. Beyler<br>**Mastagni Holstedt, A.P.C.**<br>1912 I Street<br>Sacramento, CA 95811<br>dmastagni@mastagni.com<br>bbeyler@mastagni.com<br>gwinter@mastagni.com | **COUNSEL FOR PLAINTIFFS ALAN STRICKLAND AND KELLY STRICKLAND** |
| Mark R. Conrad<br>Courtney C. Aasen<br>**Conrad & Metlitzky LLP**<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>mconrad@conradmetlitzky.com<br>caasen@conradmetlitzky.com | **COUNSEL FOR DEFENDANT NATIONAL BASKETBALL ASSOCIATION** |

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed at Burlingame, California, on June 22, 2020.

_____
VALERIE BARRETTO

LAW OFFICES<br>COTCHETT, PITRE &<br>McCARTHY, LLP

PROOF OF SERVICE; Case No. 4:20-cv-000981-YGR                                             1