MARK R. CONRAD (CA Bar No. 255667)
COURTNEY C. AASEN (CA Bar No. 307404)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: caasen@conradmetlitzky.com

Attorneys for Defendant National Basketball Association

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 4:20-CV-00981-YGR<br><br>**RESPONSE BY DEFENDANT NATIONAL BASKETBALL ASSOCIATION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DOCUMENTS DESIGNATED AS CONFIDENTIAL OR SUBJECT TO A PROTECTIVE ORDER (ECF NO. 38)** |

1      This brief responds to the pending administrative motion to seal by Plaintiffs Alan and Kelly Strickland. *See* ECF No. 38. As described in the motion, Plaintiffs have requested sealing of one document—correspondence sent by Defendant National Basketball Association ("NBA") to the Oakland Police Department regarding the incident giving rise to this lawsuit. *See* ECF No. 38-2.

    Plaintiffs requested the sealing of this document based on confidentiality designations applied by the NBA during discovery. ECF No. 38; *see also* ECF No. 34 § 12.3 (protective order); N.D. Cal. Civ. L.R. 79-5(d). Prior to filing their motion, Plaintiffs requested that the NBA withdraw its confidentiality designation, but then Plaintiffs filed their motion before the NBA responded to their requests. ECF No. 38 at 3.

    The NBA agrees to withdraw the confidentiality designation for this document and will not object to Plaintiffs' filing the entirety of their motion in the public docket.

Date:   September 8, 2020            CONRAD & METLITZKY LLP

*/s/ Mark R. Conrad*
MARK R. CONRAD
Attorney for Defendant National Basketball Association