DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
BRETT D. BEYLER (SBN 319415)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: bbeyler@mastagni.com

Attorneys for Plaintiffs
ALAN STRICKLAND and KELLY STRICKLAND

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION, INC.; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 4:20-CV-00981-YGR <br><br> **SUPPLEMENTAL EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND COUNTERCLAIM** |

On September 15, 2020, the Court granted Defendants Motion for Leave to Filed an Amended Joint Answer and Counterclaim (hereinafter "Motion"). (*See* Docket No. 42.) The Court also directed Plaintiffs to file a document which was attached as Exhibit 4 to Plaintiffs Administrative Motion to File Under Seal RE: Documents Designated as Confidential or Subject to

a Protective Order (Docket No. 38), which was filed concurrently with Plaintiffs' Opposition to Defendants' Motion (Docket No. 37). (*See* Court's September 15, 2020 Order, Docket No. 42, p. 3:7-16).

Pursuant to the Court September 15, 2020 Order, Plaintiffs are filing the document attached herein as **Exhibit 14** as a supplemental exhibit to Plaintiffs' Opposition to Defendants' Motion.

Dated: September 1, 2020                    **MASTAGNI HOLSTEDT, A.P.C.**


By: /s/ BRETT D. BEYLER
BRETT D. BEYLER
Attorneys for Plaintiffs

SUPPLEMENTAL EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND COUNTERCLAIM

# EXHIBIT 14

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



*Jerome Pickett and Elizabeth Maringer,*

*In regards to today's phone interview, I am assigned as the lead investigator for OPD Crime Report 19-029873 and Alameda County Sheriff's Crime Report 19-010071. I have identified the below questions for my investigation. I understand it is the holiday weekend and Jerome Pickett is on Family Leave so I know these questions cannot be answered immediately. Please contact me if you have any questions and thank you for your assistance.*

*Sergeant O. Daza-Quiroz*

*oaklandca.gov*

## General Questions on Background:

1. **With whom are you currently employed by?**
   National Basketball Association ("NBA")

2. **What is your title?  Duties?**
   Executive Vice President & Chief Security Officer, responsible for security policy and protocols across all NBA entities

## Security Briefing Questions:

3. **Were you at Oracle Arena in the City of Oakland on Thursday, June 13, 2019?**
   Yes

4. **Were you in charge of a security briefing at Oracle Arena before Game 6?**
   No.  I attended and spoke at two briefings on June 13, 2019, prior to Game 6, at which security-related issues were discussed, but I was not "in charge" of either briefing.  The first was the trophy presentation briefing, which was led by a member of the NBA Content Production group.  The second was the pre-game security briefing, which was led by Oracle Arena staff.

5. **Were you the Point of Contact or did you lead the briefing?**
   As noted above, I attended both the trophy presentation briefing and the pre-game security briefing, but did not lead either meeting.
   a. **If not who was?**
      The trophy presentation briefing was led by Paul Massache, Associate Vice President of the NBA Content Production department.  The pre-game security briefing was led by Oracle Arena staff, Irvin Melendez, AEG Security Manager, and Nicole Strange, AEG Director of Events.

CONFIDENTIAL

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



6. **Who attended the briefing?**
The trophy presentation briefing included individuals from: various departments within the NBA, Toronto Raptors, and Golden State Warriors responsible for the broadcast and production of the live trophy presentation; media and staging vendors; and representatives from NBA Security, Oracle Arena Security, and the Oakland Police Department.

The pre-game security briefing included representatives from: NBA Security; Oracle Arena Security; the Oakland Police Department; the Alameda County Sheriff's Department; DHS/Office of Security and Integrity; DHS/Northern California Regional Intelligence Center; and the FBI/Joint Terrorism Task Force.

7. **Was Alameda County Sheriff's, Oakland PD and Oracle Security Staff present?**
See above
   a. **Was there anyone else present that should be noted?**
      See above
   b. **How many people were present?**
      There were approximately 40-50 attendees at the trophy presentation briefing. There were approximately 10-15 attendees at the pre-game security briefing.

8. **What was discussed at the security briefing?**
The trophy presentation briefing related to the production and broadcast elements of the live trophy presentation. That meeting included a discussion by me regarding security-related issues, such as timing and access to the court and stage.

The pre-game security briefing related to the overall logistics of security deployment for Game 6, including any intelligence or threat alerts for the game. During that meeting, I showed the orange armband and purple trophy credentials to the group and spoke about court access after the game.

9. **Was there a PowerPoint or handouts?**
I don't specifically recall either a PowerPoint or handouts at either the trophy presentation or pre-game security briefing, but it is possible that the Oracle Arena staff showed a floor diagram.

10. **Was it mandatory to have some type of credential/armband/ID (or anything else) to gain access onto the court after the game finished?**
Yes. After the game finished, individuals were required to have an orange armband to gain access to the court immediately after the buzzer. Thereafter, once the stage for the trophy presentation was erected and deemed ready for use, additional individuals who had a purple trophy credential could also access the court outside of the roped area around the stage. When the stage was certified as safe, I alerted perimeter security staff over the radio that purple trophy credential holders were now permitted onto the court.
   a. **Were there any exceptions to this?**
      No
   b. **If so, what were the exceptions and was this explained at the security briefing?**
      N/A

CONFIDENTIAL                                                                                       NBA000257

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



11. What were the credentials required to enter onto the court after the final buzzer or end of game?
See above

12. Is there a difference between the gold armband and the purple colored trophy credential?
Yes, see above
    a. If so, what is the difference
       See above

13. Who handed the armbands?
Members of the NBA Communications department were responsible for distributing the orange armbands.  Prior to Game 6, the internal NBA departments and third-party organizations listed below that required individuals to be able to access the court immediately following the game to set up for the trophy presentation provided NBA Communications with the number of armbands that were needed.  The NBA Communications team then distributed the requested quantities of armbands to a designated individual for each of these departments or organizations at or around halftime during Game 6.  NBA Communications was not provided with lists of individual recipients of the armbands, and the armbands were distributed by the designated individuals for these departments and organizations.

    a. How many were distributed?
       According to NBA Communications, a total of 207 orange armbands were distributed to the groups listed below for Game 6.
          i. How do you know this amount?
             I have since confirmed with NBA Communications the quantity of armbands that were distributed for Game 6.

    b. Who were they distributed to?
       NBA Communications distributed armbands to the following groups in the quantities listed:

       NBA ENTERTAINMENT.......................................... 20
       NBA LIVE PROGRAMMING & ENTERTAINMENT.. 38
       NBA VENUE OPERATIONS.................................... 7
       GLOBAL MERCHANDISING GROUP...................... 3
       NBA BROADCASTING........................................... 8
       NBA PHOTOS....................................................... 4
       NBA SECURITY.................................................... 45
       NBA COMMISSIONER'S OFFICE........................... 10
       ABC...................................................................... 17
       TSN...................................................................... 6
       SPORTSNET RADIO.............................................. 2
       ABC SOCIAL MEDIA............................................. 1
       ESPN RADIO........................................................ 3

CONFIDENTIAL                                                                                          NBA000258

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



CCTV..................................................................... 3
RAPTORS PR........................................................... 4
RAPTORS STAFF......................................................20
RAPTORS SOCIAL MEDIA..................................... 1
WARRIORS PR........................................................ 4
NBA PR.................................................................. 11

    i. **How do you know it was distributed to this person(s)?**
I have since confirmed with NBA Communications that the quantities of orange armbands listed above were distributed to these groups.  For my NBA department (NBA Security), Elton Owens, NBA Senior Director for Team and Arena Security, received and distributed armbands to security personnel who needed access to the court, including individuals from NBA Security, Oracle Arena security, and Toronto Raptors security.

c. **Were any instructions, and if so what, were provided to the person(s) receiving the armbands?**
During the trophy presentation briefing, I asked attendees to verbally instruct the orange armband recipients not to put the armbands on until the game had nearly ended.

    i. **How do you know these instructions were provided?**
See above

    ii. **Was there any follow-up done to know if the instructions were relayed to the people receiving the armbands?**
Elton Owens instructed everyone who received an armband from NBA Security not to put the armband on until the close to the end of the game.  I also spoke directly with several individuals when I noticed that they had their armbands on too early to ask them to remove the armband.  Teresa Resch, Vice President of Basketball Operations for the Toronto Raptors, was the designated individual provided with both orange armbands and purple trophy credentials for the Raptors.  She has since informed me that she did not provide this instruction to individuals from the Toronto Raptors to whom she distributed orange armbands.

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



    d.  Was any follow-up conducted to determine if the person(s) who were supposed to receive the armbands received them?  And if so, how?
Once the orange armbands were provided to the various groups listed above, it was within each group's discretion to distribute them to the individuals who required access to the court after the game.  It was also the responsibility of each group to ensure that the correct individuals within those groups received the orange armbands.  With respect to the Toronto Raptors, I have since confirmed that Teresa Resch and Roven Yau, Senior Manager of Communications for the Raptors, distributed orange armbands to team personnel.  Yau advised me that he distributed orange armbands to team ownership, front office staff, PR staff, and internal media.  Resch advised me that she had the orange armband intended for Masai Ujiri, but could not find him after the game and therefore did not give it to him prior to him gaining access to the court.  Resch stated that, after Ujiri was already on the court and approaching the stage for the trophy ceremony, she provided him with the orange armband and advised him that he needed to wear it.

    e.  Was there a list of names on the Toronto Raptors who were to receive the armbands?
No, see above
        i.  If so, who was on the list and who was given the list?
N/A

14. Who handed the credentials?
With respect to the purple trophy credentials, I provided a package of those credentials to the Toronto Raptors.  The purple trophy credentials were intended for the Toronto Raptors to provide to team personnel and associates (friends and family) who the team wanted to have access to the court during the trophy presentation.  It was within the team's discretion to determine who should receive the credentials, and the team was responsible for distributing the credentials to those individuals.
    a.  How many were distributed?
100
        i.  How do you know this amount?
I approved 100 purple trophy credentials to be given to the team.

    b.  Who were they distributed to?
Teresa Resch, Vice President of Basketball Operations for the Toronto Raptors.
        i.  How do you know it was distributed to this person(s)?
I gave a package that included 100 purple trophy credentials to Resch at the end of the third quarter.

    c.  Were any instructions, and if so what, were provided to the person(s) receiving the credentials?
I instructed Resch to deliver purple trophy credentials to anyone who the Raptors wanted to have access to the court for the trophy ceremony after the stage was erected and deemed ready for use, such as team personnel and associates (friends and family).

CONFIDENTIAL

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



      i. How do you know these instructions were provided?
         I spoke to Resch and provided these instructions.
      ii. Was there any follow-up done to know if the instructions were relayed to the people receiving the credentials?
         I have since confirmed that Resch did not give any specific instructions to the people receiving the purple trophy credentials.

   d. Was any follow-up conducted to determine if the person(s) who were supposed to receive the credentials received them?  And if so, how?
     The distribution of the purple trophy credentials was at the discretion of the Toronto Raptors.

   e. Was there a list of names on the Toronto Raptors who were to receive the credentials?
     On June 12, Resch circulated a list of 100 individuals who the team intended to provide with purple trophy credentials.
      i. If so, who was on the list and who was given the list?
         The list included individuals connected or related to team ownership, executives, and staff.  Resch sent the list by email to members of NBA Security, NBA Events, and NBA and Raptors executives.

15. Were people who attended the security briefing instructed on how to handle a situation if someone attempted to gain access onto the court without proper credentials?
   Yes.  At both the trophy presentation briefing and the pre-game security briefing, I spoke about the credentials required to access the court after the game and how to handle an attempt to access the court without proper credentials.
   a. What was the policy, instructions on how to handle this situation?
     During both the trophy and the pre-game briefing, I advised the attendees that, once the final buzzer sounded, only people with the orange armband (after the buzzer) or purple trophy credential (after the stage was erected and deemed ready for use) should be allowed onto the court.  At both the trophy presentation and pre-game security briefings, I also advised that the NBA would prefer to allow a person (or persons) onto the court after the game even without the proper credential if the alternative would result in a security confrontation on the perimeter that would detract from or interfere with the trophy presentation, which would be broadcast live.

16. What is the purpose of having these credentials and protocols set in place?
   The credentials were intended to control access to the court and provide individuals who should be allowed onto the court with a means to identify themselves.

17. In the security briefing was it ever discussed that there were instances in the past where people gained access with fictitious credentials?
   This topic was discussed at the pre-game security briefing.

CONFIDENTIAL

NBA000261

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



    a.  If so, was there a reason why this was mentioned?
       We always mention the possibility of fake or fraudulent credentials at all pre-game
       security briefings (not just during Finals).
    b.  Was it mentioned for security to have heightened awareness?
       This topic was mentioned for general (not necessarily heightened) awareness.

**Masai Ujiri Questions:**

18. Who is Masai Ujiri and what is his current title/assignment?
    President, Toronto Raptors

19. Was Masai Ujiri present at the security debrief meeting?
    Ujiri did not attend either the trophy presentation briefing or the pre-game security briefing.

20. Did you speak to Masai Ujiri regarding how to gain access onto the court if the Toronto Raptors
    won?
    No
    a.  If you did, what did you say to him?
       N/A
    b.  If you did not, did anyone?
       I don't know.
    c.  If so, who spoke to him?
       N/A
    d.  What was communicated to him?
       N/A
    e.  How do you know this?
       N/A
    f.  If no one spoke to him regarding access and credentials onto the court, then how would
       he know how to gain access onto the court?
       Credentials are required to access the playing court at all NBA games, including playoffs
       and Finals.  Participating teams are advised of credentialing procedures for NBA Finals
       Games, including prior to Game 6 of the 2019 NBA Finals.

21. Was Masai Ujiri given any armband or credentials?
    The NBA issued Ujiri an NBA Finals Credential, which gave him access to enter and be present at
    all Finals games.  I have since confirmed with Resch that the team did not provide Ujiri with
    either an orange armband or purple trophy credential prior to him gaining access to the court.
    Once Ujiri was already on the court and approaching the stage for the trophy presentation,
    Resch provided him with an orange armband.
    a.  What type of credential did he receive, if any?
       See above
         i.  How do you know this?
           I approve the NBA Finals Credentials
    b.  Was he given certain credentials to wear and have during the game?
       See above

CONFIDENTIAL

NBA000262

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



    i. If so, what were they and how do you know this?
      See above

  c. Once the game finished was he given the different credentials to wear to enter onto the court (gold armband and purple trophy)?
    As noted above, according to Resch, she was in possession of the orange armband intended for Ujiri but could not find him after the game and therefore did not provide it to him prior to him gaining access to the court.  Resch handed Ujiri the orange armband after he was already on the court and approaching the stage for the trophy presentation.

    i. Was he told to wear them
      According to Resch, she advised Ujiri to wear the orange armband when she handed it to him.
    ii. Was he told what they meant
      According to Resch, when she handed Ujiri the orange armband, she advised him that he needed the armband to be out on the court.
    iii. Was he told when to wear them
      According to Resch, Ujiri was already on the court and, when she handed him the orange armband, she told him to put it on.
    iv. Did he acknowledge this?
      I don't know.
    v. How do you know all this?
      See above.

22. Jerome, during the conversation today over the phone, you mentioned a list of people who can get on the court after the game
The list that I referenced in our conversation was not of people who were allowed on the court after the game.  The list I referenced was of individuals who were allowed onto the stage during the trophy presentation, and was limited to 35 people due to stage weight limitations.

  a. Who was on the list?
    The approved list of 35 individuals included Toronto Raptors players, team owners, executives, coaching staff, and training staff designated by the team.
  b. Was Masai Ujiri on the list?
    Yes
  c. What does the list mean?
    The individuals on the approved list were the only individuals associated with the Toronto Raptors who were allowed onto the actual stage for the live trophy presentation. This list was required because some of those individuals may not have had any credentials (either orange armband or purple trophy credential) because they were already on the court during the game (such as players, coaches, etc.).  During the trophy presentation briefing, I explained that there was an approved list of 35 team personnel who would be allowed access to the stage for the trophy presentation and may not have an orange armband or purple trophy credential because they were already on the court.

CONFIDENTIAL

NBA000263

Oakland Police Department
Created by Sergeant O. Daza-Quiroz 8712



23. **Has there ever been a similar incident involving Masai Ujiri with the NBA, and if so, what are they?**
No

24. **Has Masai Ujiri received any fines/penalties within the NBA, and if so, what are they?**
Not for any matter related to this.

**Armband/Credential Questions:**

25. **If you have photographs of gold armband and credentials please forward.**
See attached

**Identify and Contact Information Question:**

26. **Do you know who this person is and if you have contact information for this person?**
The photograph below is of me, and appears to have been taken without my knowledge during the pre-game security briefing.



**From:** "Daza-Quiroz, ██████ <████████ ████████>
**To:** "Maringer, Elizabeth" <████████ ████████>
**Cc:** "Pickett, Jerome" <████████████>
**Subject:** RE: Response to OPD Questions
**Date:** Tue, 30 Jul 2019 17:57:48 +0000
**Importance:** Normal
**Inline-Images:** image001.gif

---

**CAUTION:** *External Email.*

Thank you.  I submitted the case to the DA's Office for review.


DQ



Sgt. O. Daza-Quiroz

Intelligence Unit

Oakland Police Department

 – Office

– Cell


All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Oakland Police Department's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Oakland Police Department. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

---

**From:** Maringer, Elizabeth [mailto:██████████]
**Sent:** Thursday, July 18, 2019 2:17 PM
**To:** Daza-Quiroz, ████████████>
**Cc:** Pickett, Jerome ████████>
**Subject:** Response to OPD Questions

Sergeant Daza-Quiroz –


Attached please find Jerome Pickett's responses to your questions (in red text) and photographs of the credentials as requested.  We appreciate your patience.


Best,

Elizabeth



**Elizabeth F. Maringer**
Senior Vice President and Assistant General Counsel

1

**PROOF OF SERVICE (C.C.P.§1013a)**

2

SHORT TITLE OF CASE:     ***Strickland v. Ujiri, et al.***
COURT NAME:              ***USDC-Northern District***

3

CASE No*.:*               ***4:20-CV-00981-YGR***

4

5

      I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of 18 years and am not a party to the within action.  My business address is 1912 I Street, Sacramento, CA 95811.

6

7

      On the date set forth below, I served the below-described document(s), on the parties listed herein, at the addresses set forth below, by serving a true copy, or original as required by law, of each by the following means of service:

8

9

✓      **BY ELECTRONIC SERVICE**:
      Based on a court order or an agreement of the parties to accept electronic service, I caused a .pdf version of the below-described documents to be sent to the persons at the electronic service addresses as set forth below.

10

11

NAME/DESCRIPTION OF DOCUMENT(S) SERVED:

12

**SUPPLEMENTAL EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT ANSWER AND**

13

**COUNTERCLAIM**

14

ADDRESSES OF SERVICE:

15

| Joseph W. Cotchett<br>Emanuel B. Townsend<br>Tamarah Prevost<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>T: (650) 697-6000/F: (650) 697-0577<br>*Email:* jcotchett@cpmlegal.com<br>      etownsend@cpmlegal.com<br>      tprevost@cpmlegal.com | *Attorneys for Defendants Masai Ujiri, Toronto Raptors and Maple Leaf Sports & Entertainment* |
| --- | --- |
| Mark R. Conrad<br>Courtney C. Aasen<br>Conrad & Metlitzky LLP<br>Four Embarcadero Center, Ste. 1400<br>San Francisco, CA 94111<br>T: (415) 343-7100/F: (415) 343-7101<br>*Email:* mconrad@conradmetlitzky.com<br>      caasen@conradmetlitzky.com | *Attorneys for Defendant National Basketball Association* |

16

17

18

19

20

21

22

23

24

      I declare under penalty of perjury, under the laws of the State of California, that the

25

foregoing is true and correct and was executed on September 22, 2020 at Sacramento, California.

26

27

                          /s/ NANCY GALENO

28

                          Nancy Galeno