| Attorney or Party without Attorney:<br>BRETT D. BEYLER (#)<br>MASTAGNI HOLSTEDT, APC<br>1912 I STREET<br>SACRAMENTO, CA 95811<br>Telephone No: 916-446-4692<br>Attorney For: Plaintiff | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: ALAN STRICKLAND, et al.<br>Defendant: MASAI UJIRI, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>09/07/2020 | Time:<br>5:00 PM | Dept/Div: | Case Number:<br>4:20-CV-000981-YGR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

3. a. Party served: ANSCHUTZ ENTERTAINMENT GROUP (AEG)
   b. Person served: GABRIELA SANCHEZ, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT

4. Address where the party was served: 818 W 7th St #930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 21 2020 (2) at: 01:30 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1814 I Street
      SACRAMENTO, CA 95814
   c. (916) 444-5111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



08/24/2020
(Date)            (Signature)



PROOF OF SERVICE

4805202
(16043779)

| Attorney or Party without Attorney:<br>BRETT D. BEYLER (#)<br>MASTAGNI HOLSTEDT, APC<br>1912 I STREET<br>SACRAMENTO, CA 95811<br>Telephone No: 916-446-4692<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ||| 
| Plaintiff: ALAN STRICKLAND, et al.<br>Defendant: MASAI UJIRI, et al. |||

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date:<br>09/07/2020 | Time:<br>5:00 PM | Dept/Div: | Case Number:<br>4:20-CV-000981-YGR |
|---|---|---|---|---|

1. I, Edgar Mendez 2017-0001328, San Francisco , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject ANSCHUTZ ENTERTAINMENT GROUP (AEG) as follows:

2. *Documents:* SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**Attempt Detail**

1) Unsuccessful Attempt by: Edgar Mendez (2017-0001328, San Francisco) on: Aug 20, 2020, 4:10 pm PDT at 7000 COLISEUM WAY, OAKLAND, CA 94612
Per the Security guard at the main gate, this facility has been closed since March, 2020

3. **Person Who Served Papers:**
   a. Edgar Mendez (2017-0001328, San Francisco)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*
   e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

08/24/2020
(Date)                            (Signature)



AFFIDAVIT OF
DUE DILIGENCE

4800252
(16043633)