MARK R. CONRAD (CA Bar No. 255667)
COURTNEY C. AASEN (CA Bar No. 307404)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: caasen@conmetkane.com

Attorneys for Defendant NATIONAL BASKETBALL ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION, INC.; and DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | CASE NO. 4:20-CV-00981-YGR <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2021, the law firm of Conrad & Metlitzky LLP has changed its name to Conrad | Metlitzky | Kane LLP. The firm's and its lawyers' mailing addresses, phone numbers and fax numbers have not been affected by this change. Lawyers' email addresses now use the extension "@conmetkane.com" but otherwise remain unchanged. As a result, the address of the firm's office is now:

**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mconrad@conmetkane.com
Email: caasen@conmetkane.com

The Clerk of the Court is requested to update the docket and the Court's records to reflect this name change, and counsel of record are requested to update their service list in the matter.

DATED: January 11, 2021                    Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

_____
MARK R. CONRAD
COURTNEY C. AASEN
Attorneys for Defendant NATIONAL
BASKETBALL ASSOCIATION