# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 1/25/2021 | **Time:** 2:28pm-2:49pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-00981-YGR | **Case Name:** Strickland et al. v. Ujiri, et al. | |

**Attorney for Plaintiff:** Brett Beyler and Matthew Grigg
**Attorney for Defendant:** Tamarah Prevost; Emanuel Townsend for Defendants Masai Ujiri, Toronto Raptors, and Maple Leaf Sports and Entertainment;
Mark Conrad and Courtney Aasen for Defendant National Basketball Association

**Deputy Clerk:** Frances Stone      **Court Reporter:** Raynee Mercado

## PROCEEDINGS
**INITIAL CMC HELD VIA ZOOM WEBINAR**

Private Mediation to be completed by 3/31/2021

Otherwise, schedule set previously remains in place.