UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASAI UJIRI, et al., <br><br> Defendants. | Case No. 20-cv-00981-YGR (DMR) <br><br> **ORDER ON JOINT DISCOVERY LETTER** <br><br> Re: Dkt. No. 71 |

The court has reviewed the parties' joint discovery letter. [Docket No. 71.] It is plain from reading the letter that the parties have not adequately met and conferred to reach reasonable compromises. For example, Plaintiff asks the court to order Defendants to amend their privilege log while Defendants represent they are willing to do so. *Id.* at 2, 3. It is therefore unclear why that dispute is before the court. Similarly, the parties dispute the adequacy of Defendants' RFA responses but neither supplies a "final proposed compromise" as required by Judge Ryu's standing order. It is not clear, for example, whether the parties discussed amending the language of the requests to address Defendants' concerns about ambiguity. Finally, Plaintiff asks the court to order Defendant Masai Ujiri to produce the security credential he was wearing at the time of the incident underlying this case but does not respond to Defendants' representation that it is not possible to obtain the credential at this time because of COVID-19 restrictions. He also does not respond to Defendants' offer to stipulate that another credential in Defendants' possession is identical to the one that is currently unavailable.

In sum, the issues raised in the joint discovery letter are not ripe for consideration at this time. The parties shall immediately meet and confer telephonically and attempt to resolve the issues

raised in the letter.[1]  Any remaining disputes on these issues must be submitted to the court by no later than February 16, 2021.  All further disputes must include each party's final proposed compromise and comply with all other aspects of the court's standing order.

**IT IS SO ORDERED.**

Dated: February 2, 2021



Donna M. Ryu
United States Magistrate Judge

---

[1] The parties dispute whether they discussed all the issues addressed in the discovery letter during their last telephonic meet and confer.  *See id.* at 2.  This is further evidence that there have not been adequate efforts to compromise since the parties could have revisited any issues about which there was doubt prior to filing the letter.