DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
BRETT D. BEYLER (SBN 319415)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street,
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: bbeyler@mastagni.com

Attorneys for Plaintiffs ALAN STRICKLAND
and KELLY STRICKLAND

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN STRICKLAND, an individual; and KELLY STRICKLAND, an individual,<br><br>　　　　　Plaintiffs,<br>v.<br><br>MASAI UJIRI, an individual; TORONTO RAPTORS, a business entity; MAPLE LEAF SPORTS & ENTERTAINMENT, a business entity; NATIONAL BASKETBALL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:20-CV-00981-YGR<br><br>**STIPULATED DISMISSAL & ORDER OF DISMISSAL**<br><br>Location: Courtroom 1, Fourth Floor<br>　　　　　Ronald V. Dellums Federal Building<br>　　　　　1301 Clay Street, Oakland, CA 94612 |

## **STIPULATED DISMISSAL**

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action shall be dismissed in its entirety with prejudice, including as to all parties, claims, counter-claims, causes of action, and with all parties to bear their own attorneys' fees and costs.

/ / /

/ / /

SO STIPULATED.

Dated: February 10, 2021                    Respectfully submitted,

**MASTAGNI HOLSTEDT, A.P.C.**

By:    /s/ BRETT D. BEYLER
       David P. Mastagni
       Grant A. Winter
       Brett D. Beyler
       Attorneys for Plaintiffs Alan Strickland and Kelly Strickland

Dated: February 10, 2021                    **CONRAD METLITZKY KANE, LLP**

By:    /s/ COURTNEY C. AASEN
       Mark R. Conrad
       Courtney C. Aasen
       Attorneys for Defendant National Basketball Association

**COTCHETT, PITRE & McCARTHY, LLP**

Dated: February 10, 2021                    By:/s/ TAMARAH PREVOST
                                            Joseph W. Cotchett
                                            Emanuel B. Townsend
                                            Tamarah Prevost
                                            Attorneys for Defendant/Counter-Plaintiff Masai Ujiri, and Defendants Toronto Raptors, and Maple Leaf Sports & Entertainment

Dated: February 10, 2021                    **LAW OFFICES OF MATTHEW M. GRIGG**

                                            /s/ Matthew M. Grigg
                                            Counsel for Counter-Defendant
                                            Deputy Alan Strickland

STIPULATED DISMISSAL & ORDER OF DISMISSAL
No. 4:20-CV-00981-YGR

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE including as to all claims, counter-claims, causes of action, and with all parties to bear their own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: February ___, 2021

                                              _____
                                              The Honorable Yvonne Gonzalez Rogers
                                              United States District Judge

- 3 –
STIPULATED DISMISSAL & ORDER OF DISMISSAL
No. 4:20-CV-00981-YGR

# PROOF OF SERVICE (C.C.P.§1013a)

SHORT TITLE OF CASE:   *Strickland v. Ujiri, et al.*
COURT NAME:            *USDC-Central District-Western Division*
CASE No.*:*            *4:20-CV-00981-YGR*

    I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and am not a party to the within action. My business address is 1912 I Street, Sacramento, CA 95811.

    On the date set forth below, I served the below-described document(s), on the parties listed herein, at the addresses set forth below, by serving a true copy, or original as required by law, of each by the following means of service:

✓   **BY ELECTRONIC SERVICE**:
Based on a court order or an agreement of the parties to accept electronic service, I caused a .pdf version of the below-described documents to be sent to the persons at the electronic service addresses as set forth below.

NAME/DESCRIPTION OF DOCUMENT(S) SERVED:
**STIPULATED DISMISSAL & ORDER OF DISMISSAL**

ADDRESSES OF SERVICE:

| | |
|---|---|
| Joseph W. Cotchett<br>Emanuel B. Townsend<br>Tamarah Prevost<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>T: (650) 697-6000/F: (650) 697-0577<br>Email: *jcotchett@cpmlegal.com*<br>    *etownsend@cpmlegal.com*<br>    *tprevost@cpmlegal.com* | *Attorneys for Defendants Masai Ujiri, Toronto Raptors and Maple Leaf Sports & Entertainment* |
| Mark R. Conrad<br>Courtney C. Aasen<br>Conrad \| Metlitzky \| Kane \| LLP<br>Four Embarcadero Center, Ste. 1400<br>San Francisco, CA 94111<br>T: (415) 343-7100/F: (415) 343-7101<br>Email: *mconrad@conradmetlitzky.com*<br>    *caasen@conradmetlitzky.com* | *Attorneys for Defendant National Basketball Association* |
| Matthew M. Grigg<br>Law Offices of Matthew M. Grigg<br>1700 N. Main, Ste. 360<br>Walnut Creek, CA 94596<br>T: (510) 703-4576<br>Email: *mmg@grigglegal.com* | *Co-Counsel for Plaintiff/Counter-Defendant Alan Strickland* |

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and was executed on February 10, 2021 at Sacramento, California.

                      /s/ Sonia Santos
                      Sonia Santos